# EXHIBIT 1

### STUDENT HEARING OFFICE OF THE DISTRICT OF COLUMBIA
### REQUEST FOR MEDIATION/HEARING

➢ **This form shall be used to give notice to the District of Columbia Public Schools and/or a District of Columbia Public Charter School of parental disagreement with the identification, evaluation or educational placement of their child with a disability, or the timely provision of a free appropriate public education to that child, and to request a hearing and/or mediation regarding the same.**

➢ **This form must be sent to the Student Hearing Office of the District of Columbia, 825 North Capitol Street, N.E., 8ᵗʰ Floor, Washington, D.C. 20002. Fax number 202-442-5556**

Federal law requires that when a parent or representative requests mediation, it shall be offered at no cost to the parent. Mediation may be beneficial in your case. Please indicate your decision:

___ I REQUEST MEDIATION ___ I REQUEST MEDIATION AND A HEARING __X__ I REQUEST A HEARING

## STUDENT FOR WHOM MEDIATION/DUE PROCESS HEARING IS REQUESTED

Student Name:    Marcus Davis                                    DOB: September 22, 1986

Address:    215 Anacostia Avenue NE, Washington, D.C. 20018

Present School of Attendance:    Integrated Design and Electronics Academy [Interim placement]

Home School:    DCPS
                 (Neighborhood school where child is registered)

**COMPLAINT IS MADE AGAINST**:    **District of Columbia Public Schools**
                 DCPS and/or D.C. Public Charter School-specify charter school

## INDIVIDUAL REQUESTING MEDIATION/DUE PROCESS HEARING

Name:    Arthelia R. Sprow

Address:    215 Anacostia Ave., NE Washington, D.C. 20019

Phone:    (H)    202 399-3515        (W) _____ (F) _____

         Relationship to Student: ___Parent ___ Self _X__ Legal Guardian ___ Parent
         Surrogate ___Public Agency

## PARENT REPRESENTATIVE/ATTORNEY/ADVOCATE (if applicable):

Name: Miguel A. Hull, Esq.                Phone: (W) 202 742-2000        (Fax) 202 742-2098

Address: 1220 L Street, NW, Suite 700, Washington, DC 20005

Form 101                                                              02/01/2003

1. You must indicate three (3) dates when you and your representative (if you have one) are available within the next twenty (20) days for mediation (if you are requesting mediation) and/or three (3) dates within the next 35 days (or 30 days if you represent a student enrolled at ETS or Rock Creek Academy) when you, your representative, and witnesses will be available to appear for a hearing (if you are requesting a hearing). Please indicate whether you are available in the AM, PM, or both on the identified dates.

Hearings:  <u>April 5, 2004</u>          <u>April 6, 2004</u>          <u>April 7, 2004</u>

Mediation:  <u>none desired</u>          <u>none desired</u>          <u>none desired</u>

**FOR ALL DCPS STUDENTS, IF YOU PROPOSE DATES MORE THAN 35 DAYS FROM THE DATE OF YOUR REQUEST, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING OFFICER DETERMINATION WITH 45 DAYS OF THIS REQUEST. IN THE CASE OF A WAIVER, THE STUDENT HEARING OFFICE WILL CONTINUE TO USE BEST EFFORTS TO ISSUE A HEARING OFFICER DETERMINATION WITHIN 45 DAYS OF YOUR REQUEST (OR AS CLOSE TO 45 DAYS AS IS POSSIBLE).**

**FOR STUDENTS ATTENDING ETS OR ROCK CREEK ACADEMY, IF YOU PROPOSE DATES BEYOND THE 30-DAY PERIOD, YOUR SIGNATURE BELOW WILL INDICATE YOUR WAIVER OF YOUR RIGHT TO A HEARING WITHIN THAT PERIOD.**

Every effort will be made to accommodate your requested dates. Please be aware that proposed hearing dates which fall fewer than 21 days from the date of your request are difficult to accommodate. Your dates are most likely to be available if you propose hearing dates between 21 and 35 (or 30, for students enrolled at ETS or Rock Creek Academy) days from the date your request is received and docketed by the Student Hearing Office.

If none of your proposed dates are available, or if you fail to specify any dates, the Student Hearing Office will schedule your hearing for the first available date. Upon receipt of a Hearing Notice confirming the date of your hearing, you will have an opportunity to file a Motion for Continuance, if necessary, by using the form Motion attached to your Hearing Notice. *Please do not contact the Hearing Office by phone to request a continuance. Only the Hearing Officer assigned to your case is authorized to grant requests for continuances.*

Unless you receive notice that the Hearing Officer has granted your request for a continuance, you must appear for the hearing as scheduled. Failure to report for the hearing may result in dismissal of this case, or in a default decision against you. Disclosure of evidence and witnesses to the opposing party is required at least five business days prior to the hearing, with copies to the Special Education Student Hearing Office.

2. Special Accommodation Requests for Mediation/Due Process Hearing (please be specific):

    Interpreter
    ___ Foreign Language _____
    ___ Sign Language _____
    ___ Other _____

Special Communications _____

Special Accommodation for Disability _____

Other _____

3.  In accordance with the Individuals with Disabilities Education Act (IDEA), please answer below:
    (You may attach additional pages to provide more information if needed.)

**Describe the nature of the problem:**

- **Inappropriate placement.** Marcus Davis is a seventeen-year-old student currently on an interim placement at the Integrated Design and Electronics Academy Public Charter School ("IDEA PCS") in the District of Columbia. He is currently classified as learning disabled and emotionally disturbed and entitled to twenty-seven hours of special education and related services per week. See IEP 1/30/04. On January 30, 2004, an MDT meeting took place for Marcus pursuant to a Hearing Officer's Determination issued on January 6, 2004. At previous meetings, Marcus's placement at IDEA PCS had been determined inappropriate and changed to an interim placement. During the meeting on January 30th, Marcus's disability classification was changed to include the emotional disturbance, and his level of services were increased to full-time. During that same meeting, the members of the team addressed placement for Marcus. Ms. Arthelia Sprow, Marcus's grandmother and legal guardian, acting through her educational advocate, suggested Florence Bertell Academy in Prince George's County, Maryland as a possible placement. The District of Columbia Public Schools representative, Ms. Pamela Owens, who participated by telephone, rejected Ms. Sprow's suggestion and only offered MM. Washington as a possible placement. Ms. Sprow now respectfully asserts that MM Washington is inappropriate for Marcus given the severity of his disabilities and given his need for services. See 34 C.F.R. Sec. 300.552.

- The guardian further asserts any additional facts or issues related to those raised here that may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter.

**Describe issues to be addressed at the mediation and/or hearing, with specificity:**

- Is MM Washington an appropriate placement for Marcus Davis?
- Is Marcus entitled to compensatory education for the violations committed here?
- The guardian further asserts any additional facts or issues, related to those raised here, that may arise or be discovered subsequent to this filing or prior to or during the hearing in this matter. For example, the parent reserves the right to contest, without further amendment to this request, the adequacy of any evaluations, eligibility decisions, IEPs, or placements that may be made by the IDEA PCS/District of Columbia Public Schools prior to the hearing for this request.
- If the proof offered at the due process hearing differs from the description of the nature of the problem, as stated above, and the proposed resolution of the problem, as stated below, then the parent hereby amends the hearing request to conform to the proof presented at and during the hearing.

**Describe relevant facts relating to the problem:**

      Please see section under Nature of the Problem.

**State how you would like to see the problem corrected:**

      The legal guardian of Marcus Davis respectfully requests:

1.  a finding that MM Washington is an inappropriate placement for Marcus;

2.  a finding that Marcus is entitled to compensatory education for the violations committed here;

3.  a finding that Florence Bertell Academy is appropriate for Marcus;

4.  that the hearing officer order Marcus placed and funded at Florence Bertell Academy

5.  that DCPS be ordered to convene an MDT meeting within thirty days of Marcus beginning classes at Florence Bertell Academy;

6.  that the purpose of the MDT meeting shall be to review Marcus's placement at Florence Bertell, and to develop an appropriate compensatory education program;

7.  that all MDT meetings be scheduled through parent's counsel;

8.  that DCPS be ordered to provide any other relief deemed appropriate and relating to the violations committed here;

9.  that pursuant to 5 DCMR 3021.8, DCPS be ordered to provide parent's counsel copies of all evaluation reports and all educational records, not previously provided, at least two business days before any meeting in which the student or parent is entitled to attend or participate;

10. that DCPS provide a hearing within 20 calendar days of a request on any issue arising out of the noncompliance with DCPS's obligations arising here, or any disagreement with the assessment, program, or placement that the student may have; and

11. that pursuant to IDEA and its implementing regulations, 34 C.F.R. Sec. 300.1, and 5 DCMR 3000, DCPS shall ensure that the rights of this student and parent are protected, and consistent with the hearing officer's preamble to all due process hearing that "the hearing officer will rule on the evidence as presented at the hearing and will ACT in the BEST INTEREST of the child" and make a ruling consistent with the obligation of DCPS and the hearing officer's responsibility.

_____                    March 2, 2004
Signature of Applicant/Parent (Required)             Date

**MAIL, FAX, OR DELIVER APPLICATION TO:**
**Student Hearing Office of the District of Columbia**
**828 North Capitol Street, NE, 8th Floor**
**Washington, DC  20002**
**FAX:  (202) 442-5556**

*FOR OFFICE USE ONLY:*
Case Number: _____
Student ID#: _____

Form 101                                             Revised 02/01/2003

```
*********************
***   TX REPORT   ***
*********************


TRANSMISSION OK

TX/RX NO              4367
CONNECTION TEL              92024425556
CONNECTION ID
ST. TIME              03/02 12:09
USAGE T               00'48
PGS. SENT             6
RESULT               OK
```

# JAMES E. BROWN & ASSOCIATES, PLLC
### *A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
| Domiento C.R. Hill*◊△ | 1220 L Street, NW | Christina Busso◆◊ |
| Brenda McAllister*◊△ | Suite 700 | Ann E. Ford△ |
| Roberta Gambale | Washington, D.C. 20005 | Tilman L. Gerald△ |
| Miguel A. Hull | Telephone: (202) 742-2000 | Roxanne D. Neloms |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | John A. Straus*◊ |

* Admitted in Maryland Only          ! Admitted in Bolivia Only
◆ Admitted in New York Only          △ Member of the DC Federal Bar

# *FAX COVER SHEET*

**DATE:**    March 2, 2004

**TO:**    Mr. Jeffrey Phoenix
Student Hearing Office
District of Columbia Public Schools

**TEL NO.:**    202 442-5432

**FAX NO.:**    202 442-5556

**FROM:**    Miguel A. Hull, Esq.

**SUBJECT:**    **Due Process Hearing Request for Marcus Davis DOB: 9/22/86**

NUMBER OF PAGES INCLUDING COVER SHEET:    SIX

COMMENTS:

# DISTRICT OF COLUMBIA PUBLIC SCHOOLS
## *Office of Compliance*
## CONFIDENTIAL

Nadine S. Evans, Esq., Due Process Hearing Officer
825 North Capitol Street, N.E., 8th Floor
Washington, DC 20002
(202) 442-5432

| | | |
|---|---|---|
| In the Matter of | ) | **IMPARTIAL DUE PROCESS** |
| | ) | |
| Marcus Davis ("Student"), | ) | **HEARING OFFICER'S DECISION** |
| Date of Birth: September 22, 1986 | ) | |
| | ) | |
| Petitioner, | ) | Hearing Date: April 11, 2003 |
| | ) | |
| v. | ) | Held at: 825 North Capitol Street, N.E. |
| | ) | 8th Floor |
| District of Columbia Public Schools | ) | Washington, DC 20002 |
| ("School", "DCPS") | ) | |
| [IDEA  PCS ] | ) | Case Number: |
| | ) | |
| Respondent. | ) | |

Parent(s):                         Arthella R. Sprow
                                   215 Anacostia Avenue, NE
                                   Washington, DC 20019

Counsel for Parent(s):             Miguel A. Hull, Esq.
                                   1220 L Street, NW, Suite 700
                                   Washington, DC 20005

Counsel for School:                Paul S. Dalton, Esq.
                                   6303 Little River Turnpike, Suite 310
                                   Alexandria, Virginia 22312-5045

Counsel for DCPS:                  Jessica Charles, Esq.
                                   825 North Capitol Street, N.E.
                                   9th Floor
                                   Washington, DC 20002

An index of names is attached hereto for the benefit of the parties. The index will permit
the parties to identify specific witnesses and other relevant persons. The index is
designed to be detached before release of this Decision as a public record.

# INDEX OF NAMES

### Marcus Davis  v. District of Columbia Public Schools

| | |
|---|---|
| Assistant Superintendent, Special Education (or Director) | Not Applicable (N/A) |
| Special Education Teacher | N/A |
| School Psychologist | N/A |
| Regular Education Teacher | N/A |
| Principal | N/A |
| Speech Pathologist | N/A |
| Occupational Therapist | N/A |
| Physical Therapist | N/A |
| Private Psychologist | N/A |
| CHILD AND CHILD'S DCPS ID # or SSN (insert ID # or Case Number on each page of the HOD vice child's name) | Marcus Davis, 947623954 |
| Child's Parent(s) (specific relationship) | Arthella R. Sprow (Grandmother) |
| Child/Parent's Representative | Miguel A. Hull, Esq. |
| School System's Representative | Jessica Charles, Esq. |
| School's Representative (IDEA) | Paul S. Dalton, Esq. |
| Educational Advocate | Nadjai Plowden |
| Special Education Coordinator - IDEA | Diane Glover |
| Placement Specialist/Monitor | Sharon D. Woodson |
| Therapist, DC Mental Health | Dietra Taylor |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

# HEARING OFFICER'S DECISION

## DISTRICT OF COLUMBIA PUBLIC SCHOOLS
### OFFICE OF COMPLIANCE

### Special Education Due Process Hearing

## I.    INTRODUCTION

On March 14, 2003, a Request for Due Process Hearing was filed with the Student Hearing Office, by counsel for parent. The Request alleges IDEA, Public Charter School, a Local Education Agency (LEA); (1) failed to list the student in the appropriate disability category; (2) failed to develop an appropriate IEP with goals and objectives; (3) failed to provide the student with an appropriate transition plan that includes a Vocational Assessment. A Due Process Hearing was convened on April 11, 2003 at the DCPS Student Hearing Office, 825 North Capitol Street, N.E., 8th Floor, Washington, DC 20002.

## II.    JURISDICTION

The Due Process Hearing was convened, and this decision was written, pursuant to Public Law 105-17, The Individuals with Disabilities Education Act of 1997, 20 United States Code 1400 et. seq.; Title 34 of the Code of Federal Regulations, Part 300; Title 5 of the District of Columbia Municipal Regulations and Section 145 of the D.C. Appropriations Act.

## III.    ISSUES

1.    Whether the LEA failed to list the student in the appropriate disability category?

2.    Whether the LEA failed to develop an appropriate IEP with goals and objectives?

3.    Whether the LEA failed to provide the student with an appropriate transition plan that includes a Vocational Assessment?

## IV.    SUMMARY OF THE EVIDENCE

IDEA Public Charter school is its own Local Education Agency (LEA), and DCPS acts as the State Education Agency (SEA). Counsel for parent's Request for Due Process Hearing contained a placement issue; however, it was withdrawn during the opening statements. The hearing proceeded as to the student's disability rating, and inappropriate IEP.

3

The student is sixteen years old, who resides with his grandmother and three siblings. The student has a history of poor academic performance in most academic subjects. [IDEA-2], [MD-13 through 19]. The only classes in which the student has demonstrated academic excellence are those that relate to the electrical trade. The student wants to become an electrician and plumber. [Testimony, Placement Specialist/Monitor].

On January 13, 2003, the student underwent a psychiatric evaluation. The student was diagnosed with Oppositional Defiant Disorder (ODD). The psychiatrist's treatment recommendations were that the student receives a structured vocation, counseling and behavior modification therapy. [MD-3]. There was no statement in the psychiatric report concerning whether the student's diagnosis interfered with his education or academic performance.

On January 31, 2003, the MDT met and discussed the student's academic progress. During that meeting, the educational advocate conveyed his opinion that the student's placement was inappropriate, and that the student's "label" needed to be revisited. [MD-4].    The student was stated to have made improvements despite his failing grades. [MD-4], [Testimony, Placement Specialist/Monitor].    The team also planned to impose mandatory tutoring, and develop a contract with the student by February 7, 2003. [MD-4].

Some time near the end of the January 31, 2003, MDT meeting, the educational advocate presented the team members with the psychiatric evaluation report, and then collected the report, due to several errors in the demographic information. [Testimony, Special Education Coordinator].  A corrected report was provided to the MDT members on or about March 5, 2003. [Testimony, Special Education Coordinator]. At some point, the placement specialist/monitor spoke to the psychiatrist, Dr. Prayaga, and was informed that the student's learning disability was his primary handicap. [Testimony, Placement Specialist/Monitor].

On March 10, 2003, the MDT convened. The MDT had discussions related to the student's academic performance, the psychological (psychiatric) evaluation, the student's meeting with the Plumber's Union and electrical contractors, and academic accommodations and modifications that would be made for the student. [MD-9].  The team recommended a "small group setting", "extra time" and Extended School Year (ESY) services. [MD-9]. The team discussed the need for a vocational assessment. [MD-9].

A new IEP was also developed for the student on March 10, 2003.  The IEP lists one (1) hour of counseling per week, three (3) hours of math resource, and one (1) hour of consultation. The student's disability is listed as "SLD".[MD-10]. The IEP includes a "Counseling/Social Emotional" plan that is designed to address the student's emotional healing related to the death of his mother, as well as learning healthy ways to express his

4

feelings toward adults. [MD-10]. The student's IEP includes a "DCPS Transition Services Plan" and a plan for Extended School Year (ESY) services.

The student's grandmother believes that the student is "always negative" and "incorrigible". [Testimony, Parent]. She is concerned about the student's academic performance and his ability to graduate. She wants the LEA to "help" her grandson. Ultimately, the grandmother wants the student to "get an education" so that he can get a good job. [Testimony, Parent].

During the hearing, counsel for the LEA called the student as a witness. Counsel for the parent made an objection, since the student is a minor, and no parental permission was given for the student to provide testimony. The objection was sustained on the stated grounds. Counsel for the LEA voiced his exception to the ruling, which was duly noted.

## V.    FINDINGS OF FACT

The Hearing Officer hereby makes the following Findings of Fact:

1.    Dr. Prayaga's January 13, 2003, psychiatric evaluation report diagnoses the student as having ODD.

2.    Dr. Prayaga's psychiatric report lists the treatment recommendations as "1. Structured vocational, 2. Counseling, and 3. Behavioral modification therapy".

3.    The student has a history of poor and/or failing academic performance. However, he has receives A's in subjects related to the electrical trade.

4.    The March 10, 2003, MDT reviewed and considered the January 13, 2003 psychiatric report.

5.    The March 10, 2003, IEP categorizes the student's disability as SLD.

6.    The March 10, 2003, IEP contains Counseling/Social Emotional, Math (Specialized Instruction), Consultation, and Transition goals and objectives.

5

## VI.    DECISIONS AND CONCLUSIONS OF LAW

1.    The LEA has listed the student in the appropriate disability category.

The March 10, 2003 MDT reviewed the January 13, 2003 psychiatric report, and made the decision to allow the student to remain at in his current "Specific Learning Disability" category.

20 U.S.C. Section 1401 (26)(A) provides:

> (A) In general – The term "specific learning disability" means a disorder in one or more of the basic psychological processes involved in understanding or in using language, spoken or written, which disorder may manifest itself in imperfect ability to listen, think, speak, read, write, spell or do mathematical calculations.

Since the results of the student's other evaluations were not provided as evidence by either counsel, only the IEP, psychiatric report, and testimony can be used to make a determination concerning the "appropriateness" of the student's disability category. Based upon the documents and the testimony provided, the disability category that the student is in is appropriate.

While having made the determination that the SLD category is appropriate, this does not mean that other disabilities may not exist. The question is whether these other disabilities, namely ODD, had a negative impact on the student's ability to learn. A review of the January 13, 2003, psychiatric report does not indicate that the student's ODD significantly affected his ability to learn. The recommendations of the psychiatrist do not relate to the student's ability to learn. The recommendations point solidly toward a stimulation of the student's desire to learn.

Therefore, the LEA has shown, by a preponderance of the evidence, that the student's disability category is appropriate.

2.    The LEA developed an appropriate IEP with goals and objectives.

The MDT met on January 31, 2003 to discuss the student's performance and to develop a mechanism for addressing the student's academic performance. By the March 10, 2003 IEP meeting, the team had reviewed the student's psychiatric report, and was ready to develop a new IEP for the student.

The March 10, 2003, IEP specifically deals with the student's counseling issues, specialized Math instruction, inability to complete homework assignments, transition, and need for small group instruction. The LEA also linked the student's classroom

6

performance to his ability to work in the electrical and/or plumbing trades. The IEP is responsive to the Vocational, Counseling, and Behavior Modification recommendations made in the January 13, 2003 psychiatric evaluation report.

The LEA has shown by a preponderance of the evidence that the IEP goals and objectives are appropriate to the student's SLD classification, and the treatment recommendations contained in the January 13, 2003, psychiatric report.

3.    The LEA provided the student with an appropriate transition plan that did not include a Vocational Assessment.

34 C.F.R. Section 300.29 provides:

(a) As used in this part, transition services means a coordinated set of activities for a student with a disability that –
(1) Is designed within an outcome-oriented process, that promotes movement from school to post-school activities, including postsecondary education, vocation training, integrated employment (including supported employment), continuing and adult education, adult services, independent living, or community participation;
(2) Is based on the individual student's needs, taking into account the student's preferences and interests; and
(3) Includes-
    (i)     Instruction;
    (ii)    Related services
    (iii)   Community experiences;
    (iv)   The development of employment and other post-school adult living objectives; and
    (v)    If appropriate, acquisition of daily living skills and functional vocational evaluation.

34 C.F.R. Section 300.347 (b) requires that at age 14 (or younger, if determined by the IEP team) a student with a disability must have an IEP that contains a statement of transition services needs. A student with a disability, age 16 must have an IEP that contains a statement of needed transition services, including, if appropriate, a statement of the interagency responsibilities or any needed linkages.

There was no documentary evidence presented concerning the student's March 7, 2002, IEP, and as such, this decision must be limited to a determination based upon the contents of the March 10, 2003 IEP.

The March 10, 2003 IEP contains a Transition Services statement. The student has been taking classes in electrical wiring and is attempting to get summer employment working with the Electrical Union. Although counsel for parent suggested that the student had to have a Vocational Assessment, the rules do not make this a requirement.

This is especially true, where, as here, the student has been taking classes in a particular vocation, and has had superior performance in those classes. However, the January 31, 2003 MDT does make mention of a plan to conduct a vocational assessment.

The transition plan contained in the March 10, 2003 IEP is appropriate despite the fact that it does not contain the results of a vocational assessment. Therefore, the LEA has shown by a preponderance of the evidence that the transition statement is appropriate for the particular needs of the student.

## VII.  ORDER

Pursuant to the Findings of Fact and Conclusions of Law, it is hereby ORDERED that:

1. The LEA and/or DCPS shall conduct a Vocational Assessment on or before May 19, 2003.

2. The LEA shall convene a MDT within ten (10) school days of the availability of the Vocational Assessment report.

3. The MDT shall review the Vocational Assessment report and revise the student's transition plan, as necessary.

4. Any delay caused by parent, or counsel for parent, shall result in a day-for-day extension for DCPS on any deadline.

## VIII.  APPEAL PROCESS

**This is the FINAL ADMINISTRATIVE DECISION.   Appeal may be made to a court of competent jurisdiction within thirty (30) days for the date this decision was issued.**

Date: _April 25 2003_

Nadine S. Evans, Esq., Hearing Officer

Date Issued:

4-28-03

Student Hearing Office, DCPS

8

INDIVIDUALS WITH DISABILITIES EDUCATION ACT (IDEA) 20 USC § 1400

DISTRICT OF COLUMBIA PUBLIC SCHOOLS
*Office of Compliance*
IMPARTIAL DUE PROCESS HEARING

| | |
|---|---|
| In the Matter of ) | **CERTIFICATION OF RECORD** |
| ) | |
| Marcus Davis ("Student"), ) | |
| Date of Birth: September 22, 1986 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| District of Columbia Public Schools ) | |
| [IDEA, PCS] ) | |
| ) | |
| Respondent. ) | |
| ) | |

I, Nadine S. Evans, Esq., Impartial Due Process Hearing Officer in this matter, DO HEREBY CERTIFY that the attached Record of Proceeding and attached Index of Exhibits itemizes the entire record in the above entitled matter as of this date, consisting of all letters, pleadings, orders, exhibits, depositions, and tapes.

I FURTHER CERTIFY that the documents and things forwarded herewith are either the original, or true copy of the original documents submitted in this matter.

EXECUTED this 25th day of April , 2003.

DUE PROCESS HEARING OFFICER

9

## MATTER OF  Marcus Davis  V.  District of Columbia Public Schools

### INDEX OF EXHIBITS

| EXHIBIT # | IDENTIFICATION | ADMITTED |
|---|---|---|
| MD-1 | Due Process Hearing Request (3/14/03) | Yes |
| MD-2 | Notice of Special Education Hearing (4/1/03) | Yes |
| MD-3 | Psychiatric Evaluation and Diagnostic Cert. (1/13/03) | Yes |
| MD-4 | MDT Meeting Notes (1/31/03) | Yes |
| MD-5 | Educational Advocate's MDT Notes (3/10/03) | Yes |
| MD-6 | Notice of Denial of FAPE Letter (3/17/03) | Yes |
| MD-7 | MDT Meeting Notes  (11/8/02) | Yes |
| MD-8 | Letter to Anne Gay  (8/15/02) | Yes |
| MD-9 | MDT Meeting Notes (3/10/03) | Yes |
| MD-10 | IEP (3/10/03) | Yes |
| MD-11 | MDT Meeting Notes (12/03/03) | Yes |
| MD-12 | Diagnostic & Statistical Manual of Mental Disorders (DSM-IV-TR 4th Ed. Pages 34 & 100 | Yes |
| MD-13 | Report Card 2001-2002, 1st Quarter | Yes |
| MD-14 | Student Transcript 2000-2001 | Yes |
| MD-15 | Report Card 2002-2002, 2nd Quarter | Yes |
| MD-16 | Progress Report 2001-2002, 3rd Quarter | Yes |
| MD-17 | Final Report Card 2001-2002 | Yes |
| MD-18 | Progress Report 2002-2003, 1st Quarter | Yes |
| MD-19 | Progress Report 2002-2003, 3rd Quarter | Yes |
| IDEA-1 | IEP with Meeting Notes (3/10/03) | Yes |
| IDEA-2 | 3rd Quarter Report Card (4/3/03) | Yes |
| IDEA-3 | Career Assessment Letter (4/4/03) | Yes |
| IDEA-4 | Job Offer Letter  (4/3/03) | Yes |
| IDEA-5 | Passport to Work Summer Program Flier | Yes |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**MATTER OF <u>Marcus Davis  v. District of Columbia Public Schools</u>**

**RECORD OF PROCEEDING**

| DATE | DESCRIPTION |
|------|-------------|
| 3/14/03 | Request for Due Process Hearing |
| N/A | Notice of Pre-Hearing Conference (as applicable) |
| 3/31/03 | Notice of Due Process Hearing |
| 4/25/03 | SETS Disposition Form |
| 4/11/03 | Transcripts or audio tapes of hearing |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**STUDENT'S NAME:** _Marcus Davis_

**HEARING DATE:** _April 11, 2003_

| PRINTED NAME | ON BEHALF OF DCPS OR STUDENT | TITLE |
|---|---|---|
| Miquel Hull | student | attorney |
| Nadmi Plowden | Student | advocate |
| Dietra Taylor | Both | Therapist |
| Shann D. Woodon | DCPS | Mi.mentiber./monitor |
| Paul S nauron | INEA P.C.S | Nurounet |
| Jessica Chols | PCPS | Attorney Advise |
| Diane Glover | DCPS | Special Ed Coordinator. IDEA |
| Arthella R. Sprow | STUDENT | Legal Guardian Grandmother |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**HEARING OFFICER**

* Telephone Witnesses.

# DISPOSITION OF REQUEST FOR MEDIATION/HEARING

Method of resolution (Circle appropriate resolution): DRC/ HOD/ SA/ Mediation Agreement (MA)

Name of Student: Marcus Davis    DOB: 9/03/86    ID: 9411629(9)Case Number: _____

Attending School: _____    Mediation/ Hearing Request Date: __/__/__    Date of Resolution: __/__/__

Services Identified By: _____    Date of Service Identification: __/__/__

Faxed to School By: _____    Date Faxed: __/__/__    (*Compliance Source to be completed by OMC Office)

Returned to Office of Mediation/ Compliance by (school/ unit representative): _____    Date Returned: __/__/__

## PLEASE CHECK ALL THAT APPLY & PROVIDE DUE DATE OR NUMBER OF DAYS ALLOWED FOR COMPLETION (if applicable)

☐ No Action Required (Enter as Meeting Outcome)

| (✓) | Services (per DRC/HOD/SA/MA) | *Compliance Source | Completed Date | | (✓) | Services (per DRC/HOD/SA/MA) | *Compliance Source | Completed Date |
|---|---|---|---|---|---|---|---|---|
| | Comp Ed: Conduct MDT Meeting to determine eligibility for Comp Ed | | | | | ESY: Other | | |
| | Comp Ed: Conduct MDT Meeting to determine type (and amount, if not specified) for Comp Ed | | | | | Finance: DCPS to fund assistive technology | | |
| | Comp Ed: Other | | | | | Finance: DCPS to fund independent assessments | | |
| | Comp Ed: Parent reserves right to seek future Comp Ed | | | | | Finance: DCPS to fund independent assessment if DCPS fails to complete assessments by due date (Identify due date) | | |
| | Comp Ed: Provide Comp Ed: (Identify type and amount) | | | | | Finance: DCPS to fund interim placement (Identify school if known) | | |
| | Comp Ed: Provide tutoring services (Identify type and amount) | | | | | Finance: DCPS to fund placement (Identify school if known) | | |
| | Dismissal: Case dismissed or withdrawn | | | | | Finance: DCPS to fund transportation | | |
| | Eligibility: Conduct MDT Meeting to determine eligibility | | | | | Finance: DCPS to fund tuition (Identify school if known) | | |
| | Eligibility: Conduct MDT Reevaluation Meeting to confirm eligibility | | | | | Finance: DCPS to fund tutoring | | |
| | Eligibility: Issue Notice of Ineligibility- NOI (if appropriate) | | | | | Finance: DCPS to provide reimbursement (Identify for what and to whom) | | |
| | Eligibility: Other | | | | | Finance: Other | | |
| | ESY: Conduct MDT Mtg. To determine eligibility for ESY | | | | | IEP: Convene MDT Meeting to develop review and/or revise IEP | | |

04/28/2003 MON 12:07 FAX 2024425524    DCPS SPECIAL ED DEPT    @015

| Due Date/# Days | Services (per DRC/HOD/SA/MA) | *Compliance Source | Completed Date |
|---|---|---|---|
| | IEP: Implement IEP | | |
| | IEP: Other Transition Plan Review/Revise | | |
| | Order Assess: Adaptive PE | | |
| | Order Assess: Audiology | | |
| | Order Assess: Clinical Psych. | | |
| | Order Assess: Complete Initial Assessment | | |
| | Order Assess: Complete Reevaluation Assessments | | |
| | Order Assess: Conduct MDT Meeting to determine assessments needed (if any) | | |
| | Order Assess: Educational | | |
| | Order Assess: Functional Behavior | | |
| | Order Assess: Neuro-Psychological | | |
| | Order Assess: Occupational Therapy | | |
| | Order Assess: Orientation/ Mobility | | |
| | Order Assess: Other | | |
| | Order Assess: Percent Interview | | |
| | Order Assess: Physical Therapy | | |
| | Order Assess: Psychiatric | | |
| | Order Assess: Psycho-Educational | | |
| | Order Assess: Social History | | |
| | Order Assess: Speech- Language | | |
| | Order Assess: Vinland | | |
| | Order Assess: Vision Assessment | | |
| 5/9 | Other (Detail in note section) | No Central Assessment by LEA | |
| | Placement: Convene MDT Meeting to determine appropriate placement | | |
| | Placement: Issue Notice of Placement (NOP): Identify School if known | | |
| | Placement: Issue Notice of Interim Placement (INT): Identify School | | |
| | Placement: Other | | |
| | Placement: Refer case to Residential Placement Unit (RPU) | | |

| Due Date/ #Days | Services (per DRC/HOD/SA/MA) | *Compliance Source | Completed Date |
|---|---|---|---|
| | Placement: Send referral packets to potential private placements identified by DCPS | | |
| | Provide Services: Adaptive PE | | |
| | Provide Services: Assistive Techn. | | |
| | Provide Services: Audiology | | |
| | Provide Services: Family Therapy | | |
| | Provide Services: Medical Services | | |
| | Provide Services: Occupational Ther. | | |
| | Provide Services: Orientational Ther. | | |
| | Provide Services: Other | | |
| | Provide Services: Physical Therapy | | |
| | Provide Services: Psychological | | |
| | Provide Services: School Counseling | | |
| | Provide Services: School Health Ser. | | |
| | Provide Services: Specialized Instruction | | |
| | Provide Services: Speech Language Services | | |
| | Provide Services: Transition Services | | |
| | Provide Services: Transportation | | |
| | Provide Services: Copies of Independent assessment to be provided to DCPS (Identify by whom) | | |
| | Records: Other | | |
| | Records: Provide copies of Assessment to parent/parent's counsel prior to meeting (Identify timeline) | | |
| | Records: Provide educational records to parents/parent's counsel | | |
| | Scheduling: All meetings to be scheduled at a mutually agreeable time through parent's counsel | | |
| | Scheduling: Other | | |
| | Settlement: Settlement agreement put on at hearing | | |

## James E. Brown & Associates, PLLC
*A Professional Limited Liability Company*

| James E. Brown | Attorneys at Law | Juan J. Fernandez!◊ |
|---|---|---|
| Domiento C.R. Hill*◊ | 1220 L Street, NW | Christina R. Busso◆◊ |
| Brenda McAllister*◊ | Suite 700 | Tilman L. Gerald |
| Roberta Gambale | Washington, DC 20005 | Roxanne D. Neloms |
| Miguel A. Hull | Telephone: (202) 742-2000 | John A. Straus*◊ |
| Christopher L. West◆◊ | Facsimile: (202) 742-2098 | |

* Admitted in Maryland Only
◆ Admitted in New York Only

e-mail: Admin@Jeblaw.biz

! Admitted in Bolivia Only
Δ Member of the DC Federal Bar

October 6, 2004

LTC William T. Dexter
Principal
**IDEA ACADEMY PCS**
1075 45th Street, N. E.
Washington, D.C. 20019

RE:    **Our client: Ms. Arthella R. Sprow**
       **Name of Student: Marcus Davis**
       **Date of Birth: September 22, 1986**
       **Date of Hearing: April 11, 2003**

Dear Colonel Dexter:

We are enclosing herewith, for your review and favorable consideration, a copy of an invoice that was originally submitted for payment on June 13, 2003 in the amount of $21,749.82. As of the date hereof, the subject invoice remains unpaid. Therefore, we are hereby kindly requesting that you remit the full amount of this invoice upon receipt hereof. If you are without the authority necessary to make the remittance required, kindly forward this letter to the person having such authority so that we can conclude this matter without any further delay. If you should have any questions concerning this matter, you should direct your inquiries to the undersigned. Please note, however, that if payment is not received in full or if alternative satisfactory payment arrangements are not made within fourteen (14) days from the date hereof, we will construe that to mean that you have no intention of resolving this matter amicably and quickly, and we will advise our client accordingly. We close by thanking you in advance for your anticipated prompt remittance and cooperation.

Very truly yours,

JAMES E. BROWN & ASSOCIATES, PLLC

Tilman L. Gerald

Enclosure
TLG:ColDexter.IDEA.ASprow.ltr.100604



## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Davis, Marcus |
| Date of Birth | 9/22/86 |
| Date of Request for Hearing | 3/14/03 |
| | Month / Day / Year |
| Parent/Guardian | Arthella R. Sprow |
| Address | 215 Anacostia Avenue, NE |
| | Washington, DC 20019 |
| Current School | IDEA PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 03-004C |
| Date of Payment Request | 5/20/03 |
| Payment Request No. | 1 |
| Date Services Rendered | 7/16/02 to 6/3/03 |
| Current Payment Request | $26,602.72 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN:* **FOR:** $26,602.72


IDEA

## Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Davis, Marcus |
| Date of Birth | 9/22/86 |
| Date of Request for Hearing | 3/14/03 |
| | Month / Day / Year |
| Parent/Guardian | Arthella R. Sprow |
| Address | 215 Anacostia Avenue, NE |
| | Washington, DC 20019 |
| Current School | IDEA PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 03-004C |
| Date of Payment Request | 5/20/03 |
| Payment Request No. | 1 |
| Date Services Rendered | 7/16/02 to 6/3/03 |
| Current Payment Request | $26,602.72 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN:* **FOR:** $26,602.72

# Fee Application Under The Individuals With Disabilities Education Act For Parents Who Prevailed Against A District Of Columbia Public Charter Schools

| Attorney Information | |
|---|---|
| Law Firm | James E. Brown & Associates, PLLC |
| Attorney | James E. Brown |
| Attorney's Federal Tax ID No. | 52-1500760 |
| D.C. Bar No. | 61622 |

| Student Information | |
|---|---|
| Student | Davis, Marcus |
| Date of Birth | 9/22/86 |
| Date of Request for Hearing | 3/14/03 |
| | Month / Day / Year |
| Parent/Guardian | Arthella R. Sprow |
| Address | 215 Anacostia Avenue, NE |
| | Washington, DC 20019 |
| Current School | IDEA PCS |
| Home School | |

| Payment Information | |
|---|---|
| Attorneys' Invoice # | 03-004C |
| Date of Payment Request | 5/20/03 |
| Payment Request No. | 1 |
| Date Services Rendered | 7/16/02 to 6/3/03 |
| Current Payment Request | $26,602.72 |

**MAKE PAYMENT TO:** *LAW OFFICE OF JAMES E. BROWN*: **FOR:** $26,602.72

James E. Brown, Esq.
James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC 20005

Invoice submitted to:
Marcus Davis (Sprow)

June 10, 2003

In Reference To:  Marcus Davis (Sprow)
DOB: 09/22/86
School: IDEA PCS

Invoice # 13225

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2002 | MH | Initial consultation with parent.  Discussed guardian's concerns regarding child's lack of educational progress | 1.00 275.00/hr | 275.00 |
| | MT | Initial parent intake with the attorney | 1.00 120.00/hr | 120.00 |
| 7/17/2002 | AAG | Drafted letter to advocate | 0.50 95.00/hr | 47.50 |
| | AAG | Drafted letter to associate attorney | 0.50 95.00/hr | 47.50 |
| | AAG | Conference with parent | 0.42 95.00/hr | 39.90 |
| | AAG | Conference with outside agent RE: Marcus | 0.42 95.00/hr | 39.90 |
| | AAG | Drafted initial letter to parent | 0.67 95.00/hr | 63.65 |
| | EG | Prepare documents | 1.00 95.00/hr | 95.00 |
| 7/19/2002 | EG | Requested reevaluations from DCPS | 0.83 95.00/hr | 78.85 |
| | EG | Drafted letter requesting records from DCPS | 0.83 95.00/hr | 78.85 |

Marcus Davis (Sprow)                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/22/2002 | EG | Case review, discussion and provided client with a written status report on the case progress. Re: records request | 0.75 95.00/hr | 71.25 |
| 7/23/2002 | JF | Conference with IDEA PCS | 0.83 250.00/hr | 207.50 |
| 8/8/2002 | MT | Conference with parent in office | 0.42 120.00/hr | 50.40 |
| 8/15/2002 | MH | Drafted letter to DCPS / Attorney regarding child's academic problems at charter school.  Preparation included legal research on issue of state educational agency's liability for the provision of FAPE in cases were child attends independent charter school. | 0.75 275.00/hr | 206.25 |
| 8/23/2002 | MH | Discussion with educational advocate regarding possible unilateral change in placement for child. | 0.50 275.00/hr | 137.50 |
|  | NP | Discussion with the child's attorney | 0.50 150.00/hr | 75.00 |
| 9/18/2002 | MT | File review and sent to parent monthly case status report | 0.58 120.00/hr | 69.60 |
| 9/30/2002 | NP | Reviewed,IEP | 0.67 150.00/hr | 100.50 |
|  | NP | Reviewed Speech / Language report | 0.67 150.00/hr | 100.50 |
|  | NP | Discussion with,Arthella Sprow | 0.25 150.00/hr | 37.50 |
| 10/1/2002 | NP | School visit classroom observation | 2.17 150.00/hr | 325.50 |
|  | NP | Research,DSM-IV into depressive disorder + learning disorder NOS | 0.83 150.00/hr | 124.50 |
|  | NP | Reviewed,Psycho-ED. | 0.67 150.00/hr | 100.50 |
|  | NP | Reviewed Psychiatric evaluation report | 1.00 150.00/hr | 150.00 |
|  | NP | Discussion with,Arthella Sprow | 0.33 150.00/hr | 49.50 |
| 10/9/2002 | NP | Discussion with,Arthella Sprow | 0.25 150.00/hr | 37.50 |
| 10/25/2002 | NP | Discussion with,Arthella Sprow | 0.33 150.00/hr | 49.50 |

Marcus Davis (Sprow)                                                                    Page     3

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2002 | JF | Educational research and investigation regarding contested issues. | 1.33<br>250.00/hr | 332.50 |
|  | MH | Conference with parent regarding meeting that school wants to convene to discuss child's lack of academic progress. | 0.25<br>275.00/hr | 68.75 |
| 11/5/2002 | NP | Discussion with the child's attorney | 0.17<br>150.00/hr | 25.50 |
|  | MH | Discussion with eductional advocate regarding strategy for pending meeting at charter school to address child's lack of academic progress. | 0.17<br>275.00/hr | 46.75 |
| 11/8/2002 | NP | Discussion with Arthella Sprow and attorney | 0.50<br>150.00/hr | 75.00 |
|  | MH | Discussion with parent and educational advocate to discuss outcome of meeting regarding child's academic progress.  Discussed plan for case in light of information revealed by child's teachers at meeting. | 0.50<br>275.00/hr | 137.50 |
|  | NP | Reviewed IEP (prepared for hearing request) | 1.00<br>150.00/hr | 150.00 |
|  | NP | School visit 2nd observation and discussion with teachers and staff. | 3.33<br>150.00/hr | 499.50 |
|  | MH | Prepared hearing request to DCPS and charter school regarding child's inappropriate placement. | 3.00<br>275.00/hr | 825.00 |
| 11/13/2002 | JF | Drafted letter to parent regarding HR filed | 0.58<br>250.00/hr | 145.00 |
| 11/15/2002 | NP | Discussion with the child's attorney and legal assistant | 0.17<br>150.00/hr | 25.50 |
|  | JF | Reviewed with Attorney and Advocate | 0.17<br>250.00/hr | 42.50 |
|  | MH | Record review & discussion with educational advocate and legal assistant regarding strategy for pending hearing. | 0.17<br>275.00/hr | 46.75 |
| 12/2/2002 | NP | Discussion with Arthella Sprow | 0.33<br>150.00/hr | 49.50 |
| 12/10/2002 | MH | Discussion with student hearing coordinator, Ms. Rose Gill, in effort to have hearing scheduled.  Hearing request was filed over a month and half ago and hearing is long overdue. | 0.08<br>275.00/hr | 22.00 |
| 12/13/2002 | KD | Drafted letter to parent, hearing notice to parent | 0.50<br>95.00/hr | 47.50 |
|  | KD | Reviewed and organized/tabbed also updated records | 0.67<br>95.00/hr | 63.65 |

Marcus Davis (Sprow)                                                                                  Page        4

|            |     |                                                                          | Hrs/Rate         | Amount |
|------------|-----|------------------------------------------------------------------------------|------------------|--------|
| 12/13/2002 | NP  | Discussion with Arthella Sprow to discuss metting 12/13 @ IDEA               | 0.83<br>150.00/hr | 124.50 |
| 12/17/2002 | KD  | Pre-Hearing conference with attorney, regarding strategy on upcoming hearing and logistics,reviewed documents. | 1.00<br>95.00/hr | 95.00 |
|            | MH  | Pre-Hearing conference with legal assistant and parent.  We discussed the issues to be addressed at the hearing, inappropriate placement and reviewed the file to identify potential witnesses and exhibits.  We also began to formulate strategy for success at the upcomming hearing. | 1.00<br>275.00/hr | 275.00 |
| 12/18/2002 | JF  | Assisted attorney to prepare disclosure to DCPS                              | 1.50<br>250.00/hr | 375.00 |
|            | MH  | Prepare disclosure to DCPS and charter school for pending hearing. Preparation included review of entire file to identify potential witnesses and exhibits and preparation of disclosure letter. | 1.50<br>275.00/hr | 412.50 |
|            | NP  | Discussion with Arthella Sprow                                               | 0.50<br>150.00/hr | 75.00 |
| 12/23/2002 | KD  | Research and re-file documents in records                                    | 0.75<br>95.00/hr | 71.25 |
| 1/3/2003   | MH  | Prepared for Due Process Hearing regarding child's inappropriate placement at chater school and DCPS's failure to convene MDT meeting to discuss possible change in placement.  Reviewed file and discussed with potential witnesses.  Prepared opening and closing statements as well as possible questions for witnesses at hearing. | 2.50<br>275.00/hr | 687.50 |
| 1/6/2003   | NP  | Discussion with the child's attorney, regarding strategy to prepare for placement meeting with identification of alternative placements. | 0.08<br>150.00/hr | 12.00 |
|            | MH  | Appearance at hearing regarding child's inappropriate placement at charter school and DCPS's failure to convene MDT meeting and issue appropriate placement. | 2.50<br>275.00/hr | 687.50 |
|            | MH  | Discussion with educational advocate regarding pending MDT meeting that is to take place on 1/31/03.  We discussed best strategy for obtaining appropriate placement for child. | 0.08<br>275.00/hr | 22.00 |
|            | NP  | Appearance at hearing with attorney                                          | 2.50<br>150.00/hr | 375.00 |
| 1/10/2003  | MH  | Conference with child's guardian regarding outcome of previous hearing and strategy for pending MDT meeting that is set to take place on 1/31/03. | 0.50<br>275.00/hr | 137.50 |
| 1/17/2003  | KD  | Research educational needs/re-file documents, tab and organize / read case notes | 0.42<br>95.00/hr | 39.90 |

Marcus Davis (Sprow)                                                                                           Page    5

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/29/2003 | NP | Disc w/,,D.Glover. | 0.17<br>150.00/hr | 25.50 |
| 1/30/2003 | NP | Discussion with the child's attorney to discuss strategy for 1/31/ MDT | 0.17<br>150.00/hr | 25.50 |
|  | NP | Discuss w/ .;Sharon Millis to discuss strategy.for 1/31/02 MDT. | 0.75<br>150.00/hr | 112.50 |
|  | MH | Discussion with educational advocate regarding observation and discussion with child's JROTC instructor. | 0.17<br>275.00/hr | 46.75 |
|  | SM | Discussion with the child's attorney re: placement | 0.75<br>150.00/hr | 112.50 |
|  | NP | Conf/disc w/parent;Mrs.Sprow. | 0.17<br>150.00/hr | 25.50 |
|  | NP | Discuss w/ .;D.Glover @ IDEA. | 0.33<br>150.00/hr | 49.50 |
| 1/31/2003 | NP | Research educational needs re: DSM IV on ODD 313.81 and its implication on academic and social functioning | 1.00<br>150.00/hr | 150.00 |
|  | NP | Reviewed Psychiatric evaluation report | 0.67<br>150.00/hr | 100.50 |
|  | NP | Discussion with the child's attorney re: today's meeting and possible HR | 0.50<br>150.00/hr | 75.00 |
|  | MH | Discussion with educational advocate regarding recent observation and goals for pending MDT meeting. | 0.50<br>275.00/hr | 137.50 |
|  | NP | Attended MDT/IEP meeting | 2.50<br>150.00/hr | 375.00 |
|  | NP | Research educational needs re: DSM IV, GAF=50 and its inpact on | 0.25<br>150.00/hr | 37.50 |
|  | NP | Discussion with Arthella Sprow concerning Dr. Prataga's Evaluation | 0.67<br>150.00/hr | 100.50 |
|  | NP | Discussion with Mr. Walsh @City Lights | 0.33<br>150.00/hr | 49.50 |
|  | NP | Reviewed Psychiatric evaluation report | 0.67<br>150.00/hr | 100.50 |
| 2/3/2003 | NP | Discussion with the child's attorney | 0.33<br>150.00/hr | 49.50 |

Marcus Davis (Sprow)                                                                 Page     6

|            |    |                                                                                                  | Hrs/Rate          | Amount  |
|------------|----|--------------------------------------------------------------------------------------------------|-------------------|---------|
| 2/3/2003   | NP | School visit                                                                                     | 3.83<br>150.00/hr | 574.50  |
|            | NP | Discussion with Mr. Waslsoh @city Lights about pending observation                               | 0.25<br>150.00/hr | 37.50   |
|            | MH | Discussion with educational advocate regarding additional observation to be conducted.           | 0.33<br>275.00/hr | 90.75   |
| 2/4/2003   | MH | Discussion with educational advocate about pending psychiatric evaluation and pending MDT meeting.| 0.50<br>275.00/hr | 137.50  |
|            | NP | Discussion with the child's attorney;To develope strategy for pending MDT.                        | 0.50<br>150.00/hr | 75.00   |
|            | NP | Discussion with;Mr.Walsh @ City Lights to confirm 2/5 meeting.                                    | 0.33<br>150.00/hr | 49.50   |
|            | NP | Discussion with;Arthella Aprow.                                                                   | 0.42<br>150.00/hr | 63.00   |
| 2/5/2003   | NP | Discussion with; R.Gordy (sicial worker ) about taking Ms.Santamaria to court.                   | 0.25<br>150.00/hr | 37.50   |
|            | NP | Conference with parent; Arthella Sprow to discuss visit to City Lights.                           | 0.42<br>150.00/hr | 63.00   |
|            | NP | School visit; @ City Lights w/John Walsh.                                                         | 3.00<br>150.00/hr | 450.00  |
| 2/6/2003   | NP | Discussion with the child's attorney; Brief on meeting w/1SG Conyer.                              | 0.33<br>150.00/hr | 49.50   |
|            | NP | Discussion with ; 1SG Dickinson @ IDEA.                                                           | 1.00<br>150.00/hr | 150.00  |
|            | MH | Discussion with co-counsel regarding preparation of petition to appeal previous HOD               | 0.33<br>275.00/hr | 90.75   |
|            | MH | Discussion with advocate regarding his discussion with another one of child's JROTC instructors.  | 0.33<br>275.00/hr | 90.75   |
|            | NP | School visit; to meet w/1SG Conyer and plan on Marcus future.                                     | 2.00<br>150.00/hr | 300.00  |
|            | NP | Conference with parent; Arthella Sprow about today`s visit @ IDEA and pending obser... @ City Ligths and the DCPS PERM process. | 0.83<br>150.00/hr | 124.50  |
|            | NP | Discussion with; R.Gordy (sicial worker ) about taking Ms.Santamaria to court.                   | 0.25<br>150.00/hr | 37.50   |

Marcus Davis (Sprow)                                                                                   Page      7

|            |    |                                                                                                       | Hrs/Rate | Amount |
|------------|----|-------------------------------------------------------------------------------------------------------|----------|--------|
| 2/7/2003   | MH | Reviewed Psychiatric evaluation report                                                                | 0.75 275.00/hr | 206.25 |
|            | KD | Research educational needs/fax documents re: transcripts to DCPS                                       | 0.17 95.00/hr | 16.15 |
|            | KD | Drafted letter to Student Hearing Office re: Request of Transcripts / fax to DCPS                       | 0.50 95.00/hr | 47.50 |
| 2/10/2003  | NP | Discussion with ; J.Walsh @ City Lights about upcoming visit w/parent                                  | 0.25 150.00/hr | 37.50 |
| 2/12/2003  | NP | Case review and discussed with attorney and advocate ; awaiting psychiatric and voc.Assessment.       | 0.17 150.00/hr | 25.50 |
|            | JF | Case review with attorney and advocate                                                                | 0.17 250.00/hr | 42.50 |
|            | MH | Case review and discussed with legal assistant and advocate regarding pending psychiatric report, vocational assessment, and pending MDT meeting. | 0.17 275.00/hr | 46.75 |
| 2/13/2003  | NP | Transporting package upon next visit to City Lights 2/14                                               | 0.42 150.00/hr | 63.00 |
|            | NP | Discussion with J. Walsh to confirm meeting 2/14                                                       | 0.17 150.00/hr | 25.50 |
|            | NP | Conference with parent Arthella Sprow about Dr. Prayaga's impending report                             | 0.50 150.00/hr | 75.00 |
|            | NP | Discussion with Mr. Walsh @ City Lilghts about potential visit 2/14                                    | 0.33 150.00/hr | 49.50 |
| 2/14/2003  | NP | Discussion with the child's attorney ; Discuss today`s meeting @ City Lights and alternative placements. | 0.17 150.00/hr | 25.50 |
|            | MH | Discussion with educational advocate regarding placement.                                             | 0.17 275.00/hr | 46.75 |
|            | NP | School visit; classroom observation ;  City Lights w/ Arthella Sprow .                                 | 3.00 150.00/hr | 450.00 |
| 2/21/2003  | NP | School visit; classroom observation ;WVFA.                                                             | 3.00 150.00/hr | 450.00 |
|            | JF | Research educational needs                                                                             | 0.75 250.00/hr | 187.50 |
|            | NP | Discussion with ; S,Dunn @ WVFA regarding possible placement .                                         | 0.50 150.00/hr | 75.00 |

Marcus Davis (Sprow)                                                                 Page    8

|            |     |                                                                                                                                                                                                                                          | Hrs/Rate          | Amount  |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 2/26/2003  | NP  | Conference with parent concerning placement concerns                                                                                                                                                                                      | 0.50<br>150.00/hr | 75.00   |
|            | NP  | Discussion with Mr. Walsh re: pending hearing                                                                                                                                                                                             | 0.33<br>150.00/hr | 49.50   |
| 3/6/2003   | NP  | Conference with parent A.Sprow re:meeting and need of psychiatric eval.                                                                                                                                                                   | 0.67<br>150.00/hr | 100.50  |
|            | KD  | Research educational needs / file loose documents in main records (Legal Complaint, Request for Transcripts documents, and Disclosure dated 12/18/02)                                                                                    | 0.42<br>95.00/hr  | 39.90   |
| 3/10/2003  | SM  | Reviewed MDT/IEP                                                                                                                                                                                                                          | 1.00<br>150.00/hr | 150.00  |
|            | NP  | Discussion with the child's attorney paralegal as well re:brief on today`s meeting & possible HR                                                                                                                                          | 0.50<br>150.00/hr | 75.00   |
|            | MH  | Discussion with educational advocate regarding MDT meeting that he attended today on child's behalf.  Also discussed possible violations of child's rights committed by the school during the meeting.                                   | 0.50<br>275.00/hr | 137.50  |
|            | NP  | Attended MDT/IEP meeting  IDEA PCS                                                                                                                                                                                                        | 3.33<br>150.00/hr | 499.50  |
| 3/11/2003  | NP  | Research educational needs re:DSM-IV ODD (313.81) and it`s relation to DCPS ED criteria                                                                                                                                                   | 0.67<br>150.00/hr | 100.50  |
|            | NP  | Conference with parent : yesturday`s meeting & upcoming eval                                                                                                                                                                             | 0.33<br>150.00/hr | 49.50   |
| 3/13/2003  | NP  | Reviewed re:MDT notes 1/31/03, IEP, psychiatric                                                                                                                                                                                           | 0.67<br>150.00/hr | 100.50  |
| 3/14/2003  | SM  | Assisted attorney in preparation of request for hearing                                                                                                                                                                                  | 0.75<br>150.00/hr | 112.50  |
|            | MH  | Prepared and file due process hearing request to DCPS regarding school's failure to properly classify child's disability.  Preparation included review of notes from most recent MDT meeting, legal research on issues to be raised, review of previous case notes and HOD's, dicussion with child;s guardian and drafting and revising of allegations. | 3.00<br>275.00/hr | 825.00  |
| 3/17/2003  | MH  | Drafted letter to DCPS / Attorney regarding LEA charter school's denial of FAPE; copy to parent                                                                                                                                           | 0.50<br>275.00/hr | 137.50  |
| 4/1/2003   | NP  | Discussion with D.Taylor at Center for Mental Health regarding testimony at hearing 4/11                                                                                                                                                  | 0.50<br>150.00/hr | 75.00   |

Marcus Davis (Sprow)                                                                    Page    9

|            |    |                                                                                                                                                                                                        | Hrs/Rate          | Amount  |
|------------|----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|---------|
| 4/1/2003   | NP | Pre-hearing conference with legal guardian concerning testimony and strategy                                                                                                                            | 1.00 150.00/hr    | 150.00  |
|            | MH | Pre-hearing conference with attorney, educational advocate, legal assistant, and legal guardian.  Reviewed and discussed issues raised in hearing request and new issues that have arrisen since filing of the hearing request.  Began to formulate strategy for hearing. | 1.00 275.00/hr    | 275.00  |
|            | JF | Pre-hearing conference with attorney, advocate and parent                                                                                                                                               | 1.00 250.00/hr    | 250.00  |
| 4/3/2003   | MH | Prepare disclosure to DCPS with assistance from paralegal.  Reviewed entire file to identify potential exhibits and witnesses.  Prepared letter listing potential exhibits and witnesses, and supervised delivery to DCPS and Charter School. | 2.00 275.00/hr    | 550.00  |
| 4/4/2003   | JF | Assisted attorney to prepare disclosure to DCPS                                                                                                                                                         | 1.83 250.00/hr    | 457.50  |
|            | NP | Reviewed psychiatric, IEP and notes regarding prep for hearing                                                                                                                                          | 0.33 150.00/hr    | 49.50   |
| 4/8/2003   | NP | Conference with parent regarding upcoming hearing                                                                                                                                                       | 0.58 150.00/hr    | 87.00   |
|            | MH | Prepared for Due Process Hearing.  Reviewed charter school's disclosure and discussed case with educational advocate who will testify at hearing.                                                        | 1.33 275.00/hr    | 365.75  |
|            | NP | Discussion with D.Taylor regarding pending testimony                                                                                                                                                    | 0.50 150.00/hr    | 75.00   |
| 4/9/2003   | BM | Prepared for status hearing in US District Court for the District of Columbia                                                                                                                           | 1.00 275.00/hr    | 275.00  |
|            | BM | Appeared for Status Hearing in US District Court for the District of Columbia: Discussed 16D Report and Proposed Scheduling Order                                                                         | 1.00 275.00/hr    | 275.00  |
|            | MH | Prepared for Due Process Hearing.  Prepared legal arguments, reviwed notes from file and prepared questions for witnesses                                                                                 | 2.50 275.00/hr    | 687.50  |
| 4/10/2003  | NP | D.Taylor at Dept.of Mental Health                                                                                                                                                                       | 0.33 150.00/hr    | 49.50   |
|            | NP | DSM - IV ODD def.and notes / IEP`s to prep for hearing                                                                                                                                                  | 1.00 150.00/hr    | 150.00  |
| 4/11/2003  | JF | Prepared for Due Process Hearing as possible witness; assisted attorney to prepare for hearing today; discussion with parent.                                                                             | 1.50 250.00/hr    | 375.00  |
|            | NP | Appearance to 825 North Capital for due process hearing                                                                                                                                                 | 6.00 150.00/hr    | 900.00  |

Marcus Davis (Sprow)                                                                              Page    10

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/11/2003 | MH | Appearance to 825 North Capital for due process hearing regarding child's inappropriate IEP. | 6.00<br>275.00/hr | 1,650.00 |
| 4/15/2003 | RB | Discussion with M.Hull and J.Fernandez | 0.08<br>175.00/hr | 14.00 |
| 4/16/2003 | MH | Discussion with admissions director at City Lights School regarding possible placement for child there. | 0.17<br>275.00/hr | 46.75 |
| 4/17/2003 | MH | Conference with parent regarding child's current academic progress. | 0.17<br>275.00/hr | 46.75 |
| 4/25/2003 | JF | Case review and discussed with child's attorney and advocate. | 0.33<br>250.00/hr | 82.50 |
| 4/28/2003 | RB | Discussion with the child's attorney to review HOD and strategize for MDT mtg. | 0.25<br>175.00/hr | 43.75 |
| 4/29/2003 | JF | Drafted letter to parent regarding Hearing Officer's Determination | 0.75<br>250.00/hr | 187.50 |
| 4/30/2003 | BM | Discussion with attorney for DCPS Corporation Counsel re: Plaintiff's Motion for Enlargement of Time to File Motion for Summary Judgement in United States District Court for the District of Columbia, and note to file | 0.33<br>275.00/hr | 90.75 |
|  | JF | Research educational needs regarding Hearing Officer's Determination | 0.75<br>250.00/hr | 187.50 |
|  | MH | Conference with parent regarding HOD and new case strategy in light of HOD. Discussed vocational assesment ordered by HOD. | 0.42<br>275.00/hr | 115.50 |
| 5/14/2003 | BM | Prepared Entry of Appearance and filed in U.S. District Court for District of Columbia | 1.50<br>275.00/hr | 412.50 |
| 5/15/2003 | MH | Conference with parent regarding child's continued lack of academic progress. | 0.25<br>275.00/hr | 68.75 |
| 5/21/2003 | JF | Research educational needs regarding vocational assessment to be completed by DCPS. | 0.75<br>250.00/hr | 187.50 |
| 5/27/2003 | MH | Telephone conference with legal guardian regarding a psycholgical report that she has obtained independently. Also discussed child's continued lack of effort at school. | 0.25<br>275.00/hr | 68.75 |
| 5/28/2003 | MH | Conference with gaurdian in office regarding strategy for case in light of continued academic failure. Focused on approrpiateness of current placement, counseling services that child is receiving, and possible change in disability classification. | 0.92<br>275.00/hr | 253.00 |
|  | MH | Reviewed independent psychological-educational evaluation bourght to office today by parent. Made notes to file. | 0.33<br>275.00/hr | 90.75 |

Marcus Davis (Sprow)                                                    Page    11

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/3/2003 | RB | Reviewed Psychological evaluation report and charter school progress report per 4/25/03 HOD | 0.50 175.00/hr | 87.50 |
|  | JF | Research educational needs regarding possible violation by DCPS, called parent and went over case | 0.75 250.00/hr | 187.50 |
|  |  | For professional services rendered | 134.34 | $25,956.50 |
|  |  | Additional Charges : |  |  |
| 7/16/2002 | | Copying |  | 2.25 |
|  |  | Copying |  | 2.25 |
| 7/17/2002 | | Copying |  | 2.50 |
|  |  | Copying |  | 0.50 |
|  |  | Postage to parent |  | 0.37 |
| 7/19/2002 | | Copying |  | 2.50 |
|  |  | Facsimile to IDEA PCS |  | 5.00 |
| 7/22/2002 | | Postage to parent |  | 0.37 |
|  |  | Copied documents |  | 0.50 |
| 8/15/2002 | | Facsimile to IDEA PCS |  | 40.00 |
|  |  | Facsimile to Anne Gaye |  | 40.00 |
| 8/16/2002 | | Facsimile to Judith Smith |  | 40.00 |
| 9/18/2002 | | Copied documents |  | 0.50 |
|  |  | Postage to parent |  | 0.37 |
| 11/8/2002 | | Facsimile to IDEA PCS |  | 5.00 |
|  |  | Facsimile to SHO |  | 5.00 |
| 11/13/2002 | | Copied documents |  | 1.50 |
|  |  | Postage |  | 0.74 |
| 12/13/2002 | | Mail letter |  | 0.37 |
|  |  | Hearing Notice. |  | 2.00 |

Marcus Davis (Sprow)

Page     12

| | | Amount |
|---|---|---|
| 12/18/2002 | Copied documents to Attorney/DCPS RE:Disclosure w/exhibits | 70.00 |
| | Facsimile received from DCPS disclosure | 8.00 |
| 12/19/2002 | Facsimile received from PCS | 3.00 |
| | Facsimile Disclosure w/exhibits | 65.00 |
| | Messenger Service to and from DCPS | 20.00 |
| 12/27/2002 | Facsimile received from Dalton | 9.00 |
| 1/6/2003 | Sedan taxi service to DCPS | 7.00 |
| 1/31/2003 | Copied documents Report Cards | 0.75 |
| 2/7/2003 | Copied documents ; RQST for transcripts. | 0.75 |
| | Copied documents ; Simmons /complaint. | 6.00 |
| 3/14/2003 | Facsimile/ HR  To: SHO, IDEAPCS & Dalton | 15.00 |
| 3/17/2003 | Copied documents | 0.50 |
| 3/18/2003 | Postage | 4.42 |
| 3/21/2003 | Copied documents/ Request for Transcript For SHO | 2.00 |
| 3/26/2003 | Facsimile/ Local Rule 16ld Report  To: Assist, Corp. Counsel | 5.00 |
| 4/2/2003 | Postage | 0.37 |
| 4/4/2003 | Messenger Service to and from DCPS | 20.00 |
| | Facsimile/ Five-Days Disclosure  To; DALTON | 62.00 |
| | Messenger Service to and from Paul Dalton, Esq. | 20.00 |
| | Facsimile received from Dalton (disclosure) | 20.00 |
| 4/11/2003 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 4/28/2003 | Copied documents (HOD) | 18.75 |
| | Facsimile received (HOD) | 15.00 |
| 4/29/2003 | Copied documents: letter to parent | 0.50 |
| | Postage to parent | 0.83 |

Marcus Davis (Sprow)                                                          Page    13

| | | Amount |
|---|---|---|
| 5/12/2003 | Copied documents, Motion | 3.75 |
| 5/13/2003 | Facsimile | 6.00 |
| 6/3/2003 | File review preparation of bill and invoice audit | 96.88 |
| | Total costs | $646.22 |
| | Total amount of this bill | $26,602.72 |
| | Balance due | $26,602.72 |