UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW,** *et alia* | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| v. | : | CA NO.  1:06CV01459 (HHK) |
| | : | |
| **INTEGRATED DESIGN AND ELECTRONICS** | : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

### DEFENDANT'S ANSWER TO THE COMPLAINT AND AFFIRMATIVE DEFENSES

COMES NOW Defendant, Integrated Design and Electronics Academy Public Charter School, (IDEA PCS) by and through counsel and answers Plaintiff's Complaint.

1. Deny, the defendant's are not obligated to provide attorney's fees in these matters as a matter of law.

2. Admit

3. Admit

4. Admit that plaintiffs are eligible to receive special education and were residents of the District of Columbia.  Deny that the plaintiffs prevailed in administrative hearings.

4.a. Admit plaintiff MD filed suit on or about 14 March 2003[1] and admit that on 11 April 2003 the District of Columbia Public Schools (DCPS) convened a due process hearing which resulted in a determination.  Deny that plaintiff MD prevailed.  In view of plaintiff

---

[1] The Plaintiffs in the Complaint included Exhibit One as the 14 March 2003 Hearing Request.  However, the Hearing Request Plaintiffs included was in fact dated one year later 2 March 2004 and was not the basis for the Hearing Determination of 25 April 2003.  Defendant has included the correct Hearing Request, Attachment 1.

|   |   |
|---|---|
|   | MD's failure to prevail at the administrative hearing, Defendant does not owe attorney's fees. |
| 4.b. | Admit Plaintiff CM filed a hearing on 26 November 2004 and admit that DCPS convened an administrative hearing on 18 January 2005.  Admit the hearing officer ordered IDEA PCS to convene a meeting to determine the necessity of evaluations and conduct an OT evaluation. However, IDEA PCS has appealed the decision because the hearing complaint of November 2004 had already been litigated in April 2004 and IDEA PCS prevailed.  The Hearing Officer should have ruled the issue was *res judicata* and therefore should have dismissed the case.  In view of the appeal to this Court, Civil Action Number 05-467 (RMC), the request for fees is premature. |
| 5. | Admit |
| 6. | Admit |
| 7. | Admit Defendant has not paid the fees but deny it was without reason. |
| 8. | Admit since Defendant is not liable for the attorney's fees |
| 9. | Deny |
| 10. | Admit |
| 11. | Deny |
| 12. | Admit prevailing parties may seek reasonable attorney fees however deny the Plaintiffs in this case are prevailing parties |
| 13. | Admit |
| 14. | Admit |
| 15. | Admit the prevailing party may recover fees consistent with prevailing market rates, |

however, the invoices were not reasonable and necessary and if fact included work performed by non-attorneys.

16. Cannot comment on whether Plaintiffs "had settled expectations" of anything.

17. Deny

18. Admit that this Court may award reasonable attorney's fees however denies the Plaintiffs are prevailing parties.

19. Admit since the Defendant's do not owe attorney's fees in these cases.

## **AFFIRMATIVE DEFENSES**

1. The Plaintiffs fails to state a claim upon which relief can be granted.

2. In the matter of MD, IDEA PCS was the prevailing party, not Plaintiff and therefore the matter should be dismissed on that basis.

3. In the matter of MD, even *in arguendo*, Plaintiff was the prevailing party, under IDEIA, parties have two years to file a claim, and therefore, Plaintiff is barred from filing this instant case since the actions alleged in the complaint occurred three years ago.

4. In the matter of MD, the named plaintiff is Arthella R. Sprow, the mother of MD. However, MD is nearly twenty years old, (DOB 22 September 1986) and therefore she has no standing to file a claim on her son's behalf.

5. In the matter of CM, the very essence of the underlying cause of action is before this Court on an appeal of the very decision giving rise to this litigation and therefore the issue is of attorney's fees is premature.

WHEREFORE, Defendant respectfully request that this Court dismiss the Complaint and

award Defendants reasonable attorney's fees and cost associated with mounting the defense.

Respectfully submitted,

_____/s/_____
William E. Houston, Esq.
D.C. Bar No. 450223
Dalton, Dalton, & Houston, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314-1837
(703) 739-4300 (O)
(703) 739-2323 (F)
**Attorney for Defendant**