# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW,** *et alia* | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | **CA NO.  1:06CV01459 (HHK)** |
| | : | |
| **INTEGRATED DESIGN AND ELECTRONICS** | : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Defendants** | : | |
| | : | |

## ORDER

Upon consideration of the Defendant's Motion to Dismiss the Complaint, it is hereby:

ORDERED that the Motion is GRANTED;

FURTHER ORDERED that the Defendant's request for reasonable attorney's fees and costs is granted

FURTHER ORDERED that the Plaintiffs' attorneys will pay the reasonable attorney's fees and costs within thirty days of receiving the invoice from Defendant.


Date:_____                    _____
                                                Henry H. Kennedy
                                                United States District Court Judge