UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHELLA R. SPROW,** *et alia*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. : 1:06 CV01459 (HHK) |
| | ) |
| **IDEA PUBLIC CHARTER SCHOOL** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## RULE 16.3 REPORT

COME NOW, Plaintiff Arthella Sprow, parent and next friend of M.D., a minor, by their respective counsel and pursuant to this Court's Order and Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred by telephone on October 26, 2006 and consistent with the said telephone conference, Counsel for the Defendant informed counsel that he would be filing a Motion to Dismiss instead of a Rule 16.3 (b) Report.  On October 26, 2006, the Defendant filed a Motion to Dismiss in this matter.  Plaintiff's counsel will timely lodge its objections; however, the Plaintiff respectfully submits the following:

**I.  Statement of the case**

Plaintiff is seeking reimbursement of attorney fees incurred in the connection of litigation at the administrative level.  The Defendant has failed to reimburse the Plaintiff for reasonable attorney fees.  The Defendants dispute the allegations regarding the request for reimbursement for reasonable attorney fees.

II. **Matters discussed by the Parties Pursuant to Local Rule 16.3(c)**

1. Based on the information available, the Plaintiff believes that this case can be decided by dispositive motion.

2. The Plaintiff does anticipate the need for joining parties or amending the pleadings. At this time, the Plaintiff does not believe that the factual and legal issues can be agreed upon or narrowed.

3. The Plaintiff does not believe that this matter should be assigned to a magistrate judge.

4. The Plaintiff is amenable to discussing settlement, but does not believe that a settlement is possible at this time.

5. At this time the Plaintiff does not believe that ADR will be beneficial in this case.

6. This case can be decided by dispositive motion and the parties propose the following schedule:

    a. The Defendant will file the Administrative Record on or before January 12, 2007;

    b. Plaintiff will file its Motion for Summary Judgment no later than 45 days after the filing and receipt of the Administrative Record;

    c. Defendants will file their Cross Motion for Summary Judgment and their Opposition no later than 45 days after the filing of Plaintiff's Motion for Summary Judgment.

    d. Plaintiff will file its Opposition and Reply no later than 30 days

      of the filing of the Defendant's Cross Motion for Summary Judgment and Opposition.

  e. Defendant will file their Reply no later than 30 days from the filing of Plaintiff's Opposition and Reply.

7. The parties agree to stipulate to dispense with the initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8. The Plaintiff does not believe that discovery will be necessary.

9. The Plaintiff does not believe that there will be a need for expert witnesses.

10. The instant case is not a class action.

11. There is no need to bifurcate discovery or trial.

12. There is no need for a pretrial conference at this time.

13. At this point, there is no need to set a trial date.

14. The Plaintiff is not aware of any other matters that require inclusion in a scheduling order.

Dated this 9th day of November 2006.

_____
Tilman L. Gerald [928796]
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, N. W., Suite 700
Washington, D.C. 20005
202.742.2000
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHELLA R. SPROW,** *et alia*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. : 1:06 CV01459 (HHK) |
| | ) |
| **IDEA PUBLIC CHARTER SCHOOL** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## SCHEDULING ORDER

_____Upon consideration of the Plaintiff's Rule 16.3 Report, it is this ___ day of November 2006, hereby,

**ORDERED,** that the parties stipulate to dispense with initial disclosures required by rule 26(a)(1); and it is further,

**ORDERED,** that the following schedule will govern this case:

(a). The Defendants will file the Administrative Record on or before January 12, 2007;

(b). The Plaintiff will file its Motion for Summary Judgment by February 26, 2007;

(c). The Defendants will file their Opposition to Plaintiff's Motion for Summary Judgment and their Cross Motion for Summary Judgment by April 12, 2007;

(d). The Plaintiff will file its Opposition to the Defendant Cross Motion for Summary Judgment and Reply by May 14, 2007;

(e). The Defendants will file their Reply by June 13, 2007 and is hereby further

**ORDERED,** that this matter is set for further status on _____, 2007.

**SO ORDERED.**

_____
HON. HENRY H. KENNEDY
UNITED STATES DISTRICT COURT