UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHELLA R. SPROW and CRYSTAL MILLER, <br><br> Plaintiffs, <br><br> v. <br><br> IDEA PUBLIC CHARTER SCHOOL, <br><br> Defendant. | Civil Action 06-01459 (HHK) |

NOTICE

The parties are hereby informed that, pursuant to LCvR 40.6, the claims of plaintiff Crystal Miller have been transferred to Judge Rosemary M. Collyer of this court.

Henry H. Kennedy, Jr.
United States District Judge

Dated: February 12, 2007