UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW**, *et alia* | : | |
| | : | |
|     **Plaintiffs** | : | |
| | : | |
|     v. | : | CA NO.  1:06CV01459 (HHK) |
| | : | |
| **INTEGRATED DESIGN AND ELECTRONICS** | : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Defendant** | : | |
| | : | |

**DEFENDANT'S PRAECIPE REGARDING STATUS OF THE
CONFERENCE SCHEDULED FOR MARCH 19, 2007**

    COMES NOW, the Defendant, by and through undersigned counsel, and informs this Court that an initial scheduling conference is scheduled for March 19, 2007 in this Court.  In light of the recent ruling consolidating the claims of C.M. in the instant case with *IDEA PCS v. Belton*, 05-cv-467, the Defendant is respectfully requesting that this Court inform the parties how it would like to proceed and whether the conference on March 19, 2007 will go forward as scheduled.

DATE:       March 2, 2007                                              Respectfully Submitted,

                                                                                              /s/
                                                        William E. Houston, Esq.
                                                        D.C. Bar No. 450223
                                                        Dalton, Dalton, & Houston, P.C.
                                                        1008 Pendleton Street
                                                        Alexandria, Virginia 22314-1837
                                                        (703) 739-4300 (O)
                                                        (703) 739-2323 (F)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 2nd day of March, 2007.

_____/s/_____
WILLIAM E. HOUSTON Esq.
Counsel for the Defendant