UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW,** *et alia* | : | |
| **Plaintiffs** | : | |
| v. | : | CA NO. 1:06CV01459 (HHK) |
| **INTEGRATED DESIGN AND ELECTRONICS ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| **Defendant** | : | |

**JOINT PRAECIPE**

COMES NOW, the Plaintiffs and the Defendant, by and through their respective undersigned counsel, and seek the Court's guidance on the status of the case. Currently pending before the Court is the Defendant's Motion to Dismiss filed on October 26, 2006. The original Rule 16.3 Report was filed on November 9, 2006. The Defendant has still not received the administrative record from the DCPS Student Hearing Office, and thus the timelines outlined in the Rule 16.3 Report were not met. In light of not yet having the administrative record and that the claims of C.M. were consolidated with *IDEA PCS v. Belton*, 05-cv-467, the parties are in agreement that the Revised Rule 16.3 Report should be postponed until the Court makes a ruling on the Motion to Dismiss. The parties were going to raise this issue at the Initial Scheduling Conference, which was scheduled for March 19, 2007. However, on March 15, 2007, the Court rescheduled the Initial Scheduling Conference for August 17, 2007.

For purposes of judicial efficiency, the parties see no reason to go forward with filing a Revised Rule 16.3 Report and Motions for Summary Judgment while the Motion to Dismiss is still pending. The parties are seeking the Court's guidance as to whether waiting for a ruling on

the Motion to Dismiss prior to filing the Revised Rule 16.3 Report is acceptable to this Court.

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Tilman L. Gerald | William E. Houston |
| James E. Brown & Associates, PLLC | Dalton, Dalton, & Houston, P.C. |
| 1220 L Street, N. W., Suite 700 | 1008 Pendleton Street |
| Washington, D.C. 20005 | Alexandria, VA 22314-1837 |
| 202-742-2000 | 703-739-4300 |
| Attorneys for Plaintiffs | 703-739-2323 (f) |
| | Attorney for Defendant |

DATE:       March 27, 2007

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing document was filed electronically, on this 27 day of March, 2007.

/s/
WILLIAM E. HOUSTON Esq.
Counsel for the Defendant