# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

---

**ARTHELLA R. SPROW,** *et.al*                          )
**parent and next friend of M.D., a minor**             )
                                                        )
                                                        )          **Civil Action No. : 1:06 CV01459**
                          **Plaintiffs,**               )                            **(HHK)**
                                                        )
          **v.**                                        )
                                                        )
**IDEA PUBLIC CHARTER SCHOOL**                          )
                                                        )
                          **Defendant.**                )
                                                        )

---

### PRAECIPE

To the Clerk of the Court:

Please withdraw the appearance of Tilman L. Gerald in this matter and enter notice of appearance for Roxanne D. Neloms.


Respectfully submitted,


/s/ _____
Roxanne D. Neloms [478157]
James E. Brown & Associates, PLLC
1220 L Street, NW, Suite 700
Washington, D.C.  20005
(202) 742-2000
(202) 742-2098 (fax)
***Attorney for Plaintiffs***

1