UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| Plaintiff | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| BRIGITTE BARNES, as next friend of the minor child, O.B. and O.B., individually. | : | |
| Defendants. | : | |

**MOTION FOR WITHDRAWAL OF APPEARANCE**

COMES NOW, counsel for the Plaintiff, IDEA Public Charter School, and moves this Court to permit counsel, Dalton & Dalton, P.C., to withdraw its appearance as counsel for IDEA Public Charter School. An accompanying Memorandum of Points and Authorities and proposed Order are attached.

DATE:   August 14, 2007                    Respectfully Submitted,

                                           _____/s/_____
                                           Paul S. Dalton, Esq
                                           D.C. Bar No. 439118
                                           Dalton & Dalton, P.C.
                                           1008 Pendleton Street
                                           Alexandria, Virginia 22314
                                           (703) 739-4300 (ph)
                                           (703) 739-2323 (fax)
                                           *Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| | : | |
| BRIGITTE BARNES, | : | |
| as next friend of the minor child, | : | |
| O.B. | : | |
| and | : | |
| O.B., individually. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
MOTION FOR WITHDRAWAL OF APPEARANCE**

1. LCvR 83.2(h) and 83.6.

2. On August 6, 2007, IDEA Public Charter School informed undersigned counsel via letter that it had retained new counsel to represent its interests.

3. On August 14, 2007, IDEA Public Charter School informed undersigned counsel via telephone that it had retained the legal services of the Law Offices of Squire Padgett.

4. The inherent authority of this Court.

DATE:   August 14, 2007

Respectfully Submitted,
         /s/
_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on this 14th day of August, 2007.

_____/s/_____
Paul S. Dalton, Esq
*Attorney for Plaintiff*