UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IDEA PUBLIC CHARTER SCHOOL | : | |
| | : | |
| Plaintiff | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 06-1915 (EGS) |
| | : | |
| BRIGITTE BARNES, | : | |
| as next friend of the minor child, | : | |
| O.B. | : | |
| and | : | |
| O.B., individually. | : | |
| | : | |
| Defendants. | : | |
| _____ | : | |

### ORDER

Upon consideration of the Motion for Withdrawal of Appearance, it is hereby

ORDERED: that the Motion for Withdrawal of Appearance is GRANTED

FURTHER ORDERED: Dalton & Dalton, P.C. is hereby withdrawn as counsel for IDEA Public Charter School.

_____  
Date

_____  
Emmet G. Sullivan  
United States District Judge