UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW,** *et al.* | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | Civil Action No.  06-01459 (HHK) |
| | : | |
| **INTEGRATED DESIGN AND ELECTRONICS** | : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## MOTION FOR WITHDRAWAL OF APPEARANCE

COMES NOW, counsel for the Defendant, IDEA Public Charter School, and moves this Court to permit counsel, Dalton & Dalton, P.C., to withdraw its appearance as counsel for IDEA Public Charter School.  An accompanying Memorandum of Points and Authorities and proposed Order are attached.

DATE:	August 15, 2007		Respectfully Submitted,

	_____/s/_____
	Paul S. Dalton, Esq
	D.C. Bar No. 439118
	Dalton & Dalton, P.C.
	1008 Pendleton Street
	Alexandria, Virginia 22314
	(703) 739-4300 (ph)
	(703) 739-2323 (fax)
	***Attorney for Defendant***

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHELLA R. SPROW,** *et al.* : | |
| : | |
| **Plaintiffs** : | |
| : | |
| : | Civil Action No. 06-01459 (HHK) |
| : | |
| **INTEGRATED DESIGN AND ELECTRONICS** : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR WITHDRAWAL OF APPEARANCE

1. LCvR 83.2(h) and 83.6.

2. On August 6, 2007, IDEA Public Charter School informed undersigned counsel via letter that it had retained new counsel to represent its interests.

3. On August 14, 2007, IDEA Public Charter School informed undersigned counsel via telephone that it had retained the legal services of the Law Offices of Squire Padgett.

4. The inherent authority of this Court.

DATE:   August 15, 2007

Respectfully Submitted,
     /s/
_____
Paul S. Dalton, Esq
D.C. Bar No. 439118
Dalton & Dalton, P.C.
1008 Pendleton Street
Alexandria, Virginia 22314
(703) 739-4300 (ph)
(703) 739-2323 (fax)
***Attorney for Defendant***

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing document electronically on this 15th day of August, 2007.

_____/s/_____
Paul S. Dalton, Esq
*Attorney for Defendant*