UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHELLA R. SPROW,** *et al.* : | |
| : | |
| **Plaintiffs** : | |
| : | |
| : | Civil Action No. 06-01459 (HHK) |
| : | |
| **INTEGRATED DESIGN AND ELECTRONICS** : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** : | |
| : | |
| **Defendant.** : | |
| : | |

### ORDER

Upon consideration of the Motion for Withdrawal of Appearance, it is hereby

ORDERED: that the Motion for Withdrawal of Appearance is GRANTED

FURTHER ORDERED: Dalton & Dalton, P.C. is hereby withdrawn as counsel for IDEA Public Charter School.

_____                                              _____
Date                                                                                    Henry H. Kennedy
                                                                                            United States District Judge