UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW,** *et al.* | : | |
| | : | |
| **Plaintiffs** | : | |
| | : | |
| | : | Civil Action No.  06-01459 (HHK) |
| | : | |
| **INTEGRATED DESIGN AND ELECTRONICS** | : | |
| **ACADEMY PUBLIC CHARTER SCHOOL** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ADDENDUM TO MOTION TO WITHDRAW

COMES NOW, counsel for the Defendant, IDEA Public Charter School, and files the attached certificate, pursuant to LCvR 83.6(c), as an addendum to its Motion for Withdrawal [13] as counsel for Defendant.

Date:  August 17, 2007                               Respectfully Submitted,


                                                               /s/
                                                      Paul S. Dalton, Esq
                                                      D.C. Bar No. 439118
                                                      Dalton & Dalton, P.C.
                                                      1008 Pendleton Street
                                                      Alexandria, Virginia 22314
                                                      (703) 739-4300 (ph)
                                                      (703) 739-2323 (fax)
                                                      ***Attorney for Defendant***

## **CERTIFICATE OF SERVICE**

Pursuant to LCvR 83.6(c), I here by certify the following:

That the Defendant's last known address is

> IDEA Public Charter School Military Academy
> Attn: Charlotte Blount, Principal
> 1027 45th St, NE
> Washington, DC 20019;

That I have sent, via first class mail postage prepaid, a copy of the Motion for Withdrawal of Appearance to IDEA Public Charter School Military Academy at the address listed above, attention to Ms. Charlotte Blount, Principal;

That I have sent a notice, via first class mail postage prepaid, to IDEA Public Charter School Military Academy, attention to Ms. Charlotte Blount, Principal, advising to obtain other counsel, or if the party wishes to proceed *pro se* or to object to the withdrawal, to notify the Clerk of this Court in writing within five days of service of the Motion.

 /s/
Paul S. Dalton, Esq
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document electronically

on this 17th day of August, 2007.

_____/s/_____
Paul S. Dalton, Esq
*Attorney for Defendant*
