AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

ARTHELLA R. SPROW, et. al.

       Plaintiff(s) )

       vs. )     CASE NUMBER   06-01459
INTEGRATED DESIGN AND ELECTRONICS )
ACADEMY PUBLIC CHARTER SCHOOL )
       Defendant(s) )

**APPEARANCE**

To the Clerk of this court and all parties of record:

Please enter the appearance of   Squire Padgett   as counsel in this
              (Attorney's Name)

case for:   Integrated Design And Electronics Academy Public Charter School
              (Name of party or parties)

August 21, 2007                        /s/ Squire Padgett
Date                                        Signature

    206128                         Squire Padgett
BAR IDENTIFICATION            Print Name

                                     1111 14th Street, NW #820
                                     Address

                                     Washington, DC 20005
                                     City       State       Zip Code

                                     202-216-4980
                                     Phone Number