# Exhibit 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARTHELLA R. SPROW,** *et alia* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) **Civil Action No. : 1:06 CV01459 (HHK)** |
| | ) |
| **IDEA PUBLIC CHARTER SCHOOL** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### Declaration of Miguel A. Hull

I, Miguel A. Hull, do hereby swear and affirm under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. Tthat I am currently an attorney in good standing in the State of Maryland, State of Texas, and the District of Columbia;

2. That I was originally admitted to the Maryland Bar in December 1998;

3. That I was originally admitted to the District of Columbia Bar in January 2000;

4. That I was originally admitted to the Texas Bar in April 2006;

5. That since January 2002, I have practiced special education law, representing parents in the District of Columbia pursuant to the Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et. seq., and during that time I have handled approximately 1000 cases.

6. That from time to time I have taken continuing legal education courses in special education law to stay abreast of new developments and cases in that area;

7. That my hourly rate is Two Hundred and Twenty Dollars ($220.00) per hour (Laffey Matrix);

8.  That from September 1999 until January 2002, I was employed as an associate attorney at the Law Offices of Ivan Waldman & Associates in Langley Park, Maryland, where I provided legal representation to individuals before administrative agencies, and state courts in matters regarding traffic infractions, criminal law, personal injury, workers compensation, family law, and appellate work before the Maryland Court of Special Appeals; and

9.  That from December 1998 until August 1999, I was employed as staff counsel with the Democratic National Committee in the District of Columbia where I worked preparing responses to numerous Department of Justice and Congressional subpoenas regarding campaign finance investigations.

Miguel A. Hull

_3-18-08_
Date

I, _Kelly Dau_ Notary Public of the District of Columbia hereby attest that on this _18th_ day of January 2008, Miguel A. Hull appeared before me in person and signed this AFFIDAVIT.

Kelly Dau
Notary Public, District of Columbia
My Commission Expires 1-1-2010

Notary Public

_____
My Commission Expiration Date