# Exhibit 3

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Marcus Davis (Sprow)

March 11, 2008

In Reference To:   Marcus Davis (Sprow)
                   DOB: 09/22/86
                   School: IDEA P

Invoice #13411

    Professional Services

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/16/2002 | MH | Initial consultation with parent. Discussed guardian's concerns regarding child's lack of educational progress | 1.00<br>220.00/hr | 220.00 |
| | MT | Initial parent intake with the attorney | 1.00<br>95.00/hr | 95.00 |
| 7/17/2002 | AAG | Drafted letter to advocate | 0.17<br>95.00/hr | 16.15 |
| | AAG | Drafted letter to associate attorney | 0.17<br>95.00/hr | 16.15 |
| | AAG | Drafted initial letter to parent | 0.17<br>95.00/hr | 16.15 |
| 7/23/2002 | JF | Conference with IDEA PCS | 0.83<br>105.00/hr | 87.15 |
| 8/15/2002 | MH | Drafted letter to DCPS / Attorney for IDEA PCS regarding child's academic problems at charter school. Preparation included legal research on issue of state educational agency's liability for the provision of FAPE in cases were child attends independent charter school. | 0.75<br>220.00/hr | 165.00 |
| 8/23/2002 | MH | Discussion with educational advocate regarding possible unilateral change in placement for child | 0.17<br>220.00/hr | 37.40 |
| 9/18/2002 | MT | File review and sent to parent monthly case status report | 0.58<br>95.00/hr | 55.10 |

Marcus Davis (Sprow)                                                                                                                   Page   2

| Date | Staff | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/4/2002 | JF | Educational research and investigation regarding contested issues. | 1.33<br>105.00/hr | 139.65 |
|  | MH | Conference with parent regarding meeting that school wants to convene to discuss child's lack of academic progress. | 0.25<br>220.00/hr | 55.00 |
| 11/5/2002 | MH | Discussion with educational advocate regarding strategy for pending meeting at charter school to address child's lack of academic progress. | 0.17<br>220.00/hr | 37.40 |
| 11/8/2002 | MH | Discussion with parent and educational advocate to discuss outcome of meeting regarding child's academic progress. Discussed plan for case in light of information revealed by child's teachers at meeting. | 0.50<br>220.00/hr | 110.00 |
|  | MH | Prepared hearing request to DCPS and charter school regarding child's inappropriate placement. | 3.00<br>220.00/hr | 660.00 |
| 11/13/2002 | JF | Drafted letter to parent regarding HR filed | 0.58<br>105.00/hr | 60.90 |
| 11/15/2002 | JF | Reviewed with Attorney and Advocate | 0.17<br>105.00/hr | 17.85 |
|  | MH | Record reviewed and discussion with educational advocate and legal assistant regarding strategy for pending hearing. | 0.17<br>220.00/hr | 37.40 |
| 12/10/2002 | MH | Discussion with student hearing coordinator, Ms. Rose Gill, in effort to have hearing scheduled. Hearing request was filed over a month and half ago and hearing is long overdue. | 0.08<br>220.00/hr | 17.60 |
| 12/13/2002 | KD | Drafted letter to parent, hearing notice to parent | 0.50<br>95.00/hr | 47.50 |
|  | KD | Reviewed and organized/tabbed also updated records | 0.67<br>95.00/hr | 63.65 |
| 12/17/2002 | KD | Pre-Hearing conference with attorney, regarding strategy on upcoming hearing and logistics, reviewed documents | 1.00<br>95.00/hr | 95.00 |
|  | MH | Pre-Hearing conference with legal assistant and parent. We discussed the issues to be addressed at the hearing, inappropriate placement and reviewed the file to identify potential witnesses and exhibits. We also began to formulate strategy for success at the upcoming hearing. | 1.00<br>220.00/hr | 220.00 |
| 12/18/2002 | JF | Assisted attorney to prepare disclosure to DCPS | 1.50<br>105.00/hr | 157.50 |
|  | MH | Prepare disclosure to DCPS and charter school for pending hearing. Preparation included review of entire file to identify potential witnesses and exhibits and preparation of disclosure letter. | 1.50<br>220.00/hr | 330.00 |

Marcus Davis (Sprow)      Page 3

| Date | Atty | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 1/3/2003 | MH | Prepared for Due Process Hearing regarding child's inappropriate placement at charter school and DCPS' failure to convene MDT meeting to discuss possible change in placement. Reviewed file and discussed with potential witnesses. Prepared opening and closing statements as well as possible questions for witnesses at hearing. | 2.50 220.00/hr | 550.00 |
| 1/6/2003 | MH | Appearance at hearing regarding child's inappropriate placement at charter school and DCPS' failure to convene MDT meeting and issue appropriate placement. | 2.50 220.00/hr | 550.00 |
| 1/10/2003 | MH | Conference with child's guardian regarding outcome of previous hearing and strategy for pending MDT meeting that is set to take place on 1/31/03. | 0.50 220.00/hr | 110.00 |
| 1/30/2003 | MH | Discussion with educational advocate regarding observation and discussion with child's JROTC instructor. | 0.17 220.00/hr | 37.40 |
| 1/31/2003 | MH | Discussion with educational advocate regarding recent observation and goals for pending MDT meeting. | 0.50 220.00/hr | 110.00 |
| 2/3/2003 | MH | Discussion with educational advocate regarding additional observation to be conducted. | 0.33 220.00/hr | 72.60 |
| 2/4/2003 | MH | Discussion with educational advocate about pending psychiatric evaluation and pending MDT meeting. | 0.50 220.00/hr | 110.00 |
| 2/6/2003 | MH | Discussion with co-counsel regarding preparation of petition to appeal previous HOD | 0.33 220.00/hr | 72.60 |
|  | MH | Discussion with advocate regarding his discussion with another one of child's JROTC instructors. | 0.33 220.00/hr | 72.60 |
| 2/7/2003 | MH | Reviewed Psychiatric evaluation report | 0.75 220.00/hr | 165.00 |
|  | KD | Draft letter to Student Hearing Office re: Request of Transcripts/fax | 0.50 95.00/hr | 47.50 |
| 2/12/2003 | MH | Case review and discussed with legal assistant and advocate regarding pending psychiatric report, vocational assessment, and pending MDT meeting. | 0.17 220.00/hr | 37.40 |
|  | JF | Case review with attorney and advocate | 0.17 105.00/hr | 17.85 |
| 2/14/2003 | MH | Discussion with educational advocate regarding placement. | 0.17 220.00/hr | 37.40 |
| 2/21/2003 | JF | Research educational needs | 0.75 105.00/hr | 78.75 |

Marcus Davis (Sprow)                                                    Page    4

| Date | Person | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/10/2003 | MH | Discussion with educational advocate regarding MDT meeting that he attended today on child's behalf. Also discussed possible violations of child's rights committed by the school during the meeting. | 0.50 220.00/hr | 110.00 |
| 3/14/2003 | MH | Prepared and file due process hearing request to DCPS regarding school's failure to properly classify child's disability. Preparation included review of notes from most recent MDT meeting, legal research on issues to be raised, review of previous case notes and HOD's, discussion with child's guardian and drafting and revising of allegations. | 3.00 220.00/hr | 660.00 |
| 3/17/2003 | MH | Drafted letter to DCPS / Attorney regarding LEA charter school's denial of FAPE; copy to parent | 0.50 220.00/hr | 110.00 |
| 4/1/2003 | MH | Pre-hearing conference with attorney, educational advocate, legal assistant, and legal guardian. Reviewed and discussed issues raised in hearing request and new issues that have arisen since filing of the hearing request. Began to formulate strategy for hearing. | 1.00 220.00/hr | 220.00 |
| | JF | Pre-hearing conference with attorney, advocate, and parent | 1.00 105.00/hr | 105.00 |
| 4/3/2003 | MH | Prepare disclosure to DCPS with assistance from paralegal. Reviewed entire file to identify potential exhibits and witnesses. Prepared letter listing potential exhibits and witnesses, and supervised delivery to DCPS and Charter School. | 2.00 220.00/hr | 440.00 |
| 4/4/2003 | JF | Assisted attorney to prepare disclosure to DCPS | 1.83 105.00/hr | 192.15 |
| 4/8/2003 | MH | Prepared for Due Process Hearing. Reveiwed charter school's disclosure and discussed case with educational advocate who will testify at hearing. | 1.33 220.00/hr | 292.60 |
| 4/9/2003 | MH | Prepard for Due Process Hearing. Prepared legal arguments, reviewed notes from file and prepared questions for witnesses | 2.50 220.00/hr | 550.00 |
| 4/11/2003 | JF | Prepared for Due Process Hearing as possible witness; assisted attorney to prepare for hearing today; discussion with parent. | 1.50 105.00/hr | 157.50 |
| | MH | Appearance at 825 North Capital for due process hearing regarding child's inappropriate IEP. | 6.00 220.00/hr | 1,320.00 |
| 4/16/2003 | MH | Discussion with admissions director at City Lights School regarding possible placement for child there. | 0.17 220.00/hr | 37.40 |
| 4/17/2003 | MH | Conference with parent regarding child's current academic progress. | 0.17 220.00/hr | 37.40 |
| 4/25/2003 | JF | Case review and discussed with child's attorney and advocate | 0.33 105.00/hr | 34.65 |

Marcus Davis (Sprow)     Page 5

| Date | Init | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/25/2003 | MH | Case review and discussed with legal assistant and advocate | 0.33<br>150.00/hr | 49.50 |
| 4/29/2003 | JF | Drafted letter to parent regarding Hearing Officer's Determination | 0.75<br>105.00/hr | 78.75 |
| 4/30/2003 | MH | Conference with parent regarding HOD and new case strategy in light of HOD. Discussed vocational assessment ordered by HOD. | 0.42<br>220.00/hr | 92.40 |
| | JF | Research educational needs regarding Hearing Officer's Determination | 0.75<br>105.00/hr | 78.75 |
| 5/15/2003 | MH | Conference with parent regarding child's continued lack of academic progress. | 0.25<br>220.00/hr | 55.00 |
| 5/21/2003 | JF | Research educational needs regarding vocational assessment to be completed by DCPS | 0.75<br>105.00/hr | 78.75 |
| 5/27/2003 | MH | Telephone conference with legal guardian regarding a psychological report that she has obtained independently. Also, discussed child's continued lack of effort at school. | 0.25<br>220.00/hr | 55.00 |
| 5/28/2003 | MH | Conference with guardian in office regarding strategy for case in light of continued academic failure. Focused on appropriateness of current placement, counseling services that child is receiving, and possible change is disability classification. | 0.92<br>220.00/hr | 202.40 |
| | MH | Reviewed independent psychological-educational evaluation brought to office today by parent. Made notes to file. | 0.33<br>220.00/hr | 72.60 |
| 6/3/2003 | JF | Research educational needs regarding possible violation by DCPS, called parent and went over case. | 0.75<br>105.00/hr | 78.75 |
| | | For professional services rendered | 54.76 | $9,935.25 |

Additional Charges :

| | | |
|---|---|---|
| 7/16/2002 | Copied documents | 2.25 |
| | Copied documents | 2.25 |
| 7/17/2002 | Copied documents | 2.50 |
| | Copied documents | 0.50 |
| | Postage to parent | 0.37 |
| 7/19/2002 | Copied documents | 2.50 |

Marcus Davis (Sprow)                                                                                    Page    6

|            |                                                           | Amount |
|------------|-----------------------------------------------------------|--------|
| 7/19/2002  | Facsimile to IDEA PCS                                     | 5.00   |
| 7/22/2002  | Copied documents                                          | 0.50   |
|            | Postage; letter to parent                                 | 0.37   |
| 8/15/2002  | Facsimile to IDEA PCS                                     | 40.00  |
|            | Facsimile to Anne Gaye                                    | 40.00  |
| 8/16/2002  | Facsimile to Judith Smith                                 | 40.00  |
| 9/18/2002  | Copied documents                                          | 0.50   |
|            | Postage; letter to parent                                 | 0.37   |
| 11/8/2002  | Facsimile to IDEA PCS                                     | 5.00   |
|            | Facsimile to SHO                                          | 5.00   |
| 11/13/2002 | Copied documents                                          | 1.50   |
|            | Postage                                                   | 0.74   |
| 12/13/2002 | Hearing notice                                            | 2.00   |
|            | Postage; letter to parent                                 | 0.37   |
| 12/18/2002 | copied documents to Attorney/DCPS Re:Disclosure w/exhibits| 70.00  |
|            | Facsimile received from DCPS disclosure                   | 8.00   |
| 12/19/2002 | Facsimile received from PCS                               | 3.00   |
|            | Facsimile Disclosure w/exhibits                           | 65.00  |
|            | Messenger Service to and from DCPS                        | 20.00  |
| 12/27/2002 | Facsimile received from Dalton                            | 9.00   |
| 1/6/2003   | Sedan taxi service to DCPS                                | 7.00   |
| 1/31/2003  | copied documents report cards                             | 0.75   |
| 2/7/2003   | copied documents; RQST for transcripts                    | 0.75   |
|            | copied documents; Simmons/complaint                       | 6.00   |
| 3/14/2003  | Facsimile/HR to: SHO, IDEA PCS & Dalton                   | 15.00  |

Marcus Davis (Sprow)            Page    7

|  |  | Amount |
|---|---|---:|
| 3/17/2003 | copied documents | 0.50 |
| 3/18/2003 | Postage | 4.42 |
| 3/21/2003 | copied documents/request for transcript for SHO | 2.00 |
| 3/26/2003 | Facsimile/ Local Rule 16ld Report To: Assit, Corp. Counsel | 5.00 |
| 4/2/2003 | Postage | 0.37 |
| 4/4/2003 | Facsimile/Five-Days Disclosure To: Dalton | 62.00 |
|  | Messenger Service to and from DCPS | 20.00 |
|  | Messenger Service to and from Paul Dalton, Esq. | 20.00 |
|  | Facsimile received from Dalton (disclosure) | 14.00 |
| 4/11/2003 | Sedan taxi service to and from DCPS for hearing | 14.00 |
| 4/28/2003 | copied documents (HOD) | 18.75 |
|  | Facsimile received (HOD) | 15.00 |
| 4/29/2003 | copied documents; letter to parent | 0.50 |
|  | Postage to parent | 0.83 |
| 5/12/2003 | copied documents, motion | 3.75 |
| 5/13/2003 | Facsimile | 6.00 |
| 6/3/2003 | File review preparation of bill and invoice audit | 96.88 |
| 10/5/2007 | Postage; LTR to Parent | 0.41 |
|  | Total additional charges | $640.63 |
|  | Total amount of this bill | $10,575.88 |

User Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Aracelly A. Gonzalez, Paralegal | 0.51 | 95.00 | $48.45 |
| Juan Fernandez, Attorney | 12.99 | 105.00 | $1,363.95 |
| Kelly Dau, Paralegal | 2.67 | 95.00 | $253.65 |
| Michele Torry, Paralegal | 1.58 | 95.00 | $150.10 |
| Miguel Hull, Attorney | 36.68 | 220.00 | $8,069.60 |
| Miguel Hull, Attorney | 0.33 | 150.00 | $49.50 |