# Exhibit 4

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Arthella Sprow
IDEA PCS

March 13, 2008

Invoice #10010

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 8/15/2006 | Review of complaint for federal filing; revisons and edits of complaint; provided to KD to make copies and prepare for initial filing. | 1.75<br>220.00/hr | 385.00 |
| 8/16/2006 | reviewed and edited Complaint; re-edited Complaint after review by Attorney; copies made of exhibits, hole-punched, tabbed and bound; requested check for filing fee; and scanned exhibits in pdf for downloading onto CD ROM; prepared civil cover sheet and summons | 2.67<br>105.00/hr | 280.35 |
| 8/17/2006 | re-edited Complaint/provided same to Atty Gerald for signature/copies made of Complaint and bound to exhibits for filing with US District Court | 0.50<br>105.00/hr | 52.50 |
| 9/15/2006 | Review of answer. | 0.42<br>220.00/hr | 92.40 |
| 10/11/2006 | Discussed the need for the administrative records in the matters; informed by opposing counsel record would forthcoming. | 0.25<br>220.00/hr | 55.00 |
| 10/23/2006 | Completed meet and confer statement. Reviewed and revised and forwarded to Houston from Dalton& Dalton. He contacted me and stated he would be filing a motion to dismiss to the claim. | 0.50<br>220.00/hr | 110.00 |
| 10/26/2006 | Preparation and draft of opposition motion to dismiss.  Responses to issues regarding statute of limitations, prevailing party and standards of 12b(6) | 2.25<br>220.00/hr | 495.00 |
| 11/9/2006 | Filed opposition motion to dismiss. | 0.33<br>220.00/hr | 72.60 |
| 11/23/2007 | Preparation of attorney fee application. Contacted opposing counsel to inform of filing. Review of bill and draft of fee application. | 1.33<br>220.00/hr | 292.60 |

Arthella Sprow                                                                                                                              Page    2

|            |                                                                                                                                                              | Hrs/Rate          | Amount    |
|------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------|-------------------|-----------|
| 11/30/2007 | Continued drafting of the motion for attorney fees. Completed affidavits for attorneys. Made changes to drafts and discussed with supervisor in light of Agapitio. | 1.33<br>220.00/hr | 292.60    |
| 1/7/2008   | Reviewed draft of motion for application of fees.                                                                                                            | 1.00<br>365.00/hr | 365.00    |
| 2/21/2008  | No charge: Discussion with parlegal attorney. Need to have the bill completed for filing.                                                                    | 1.33              | NO CHARGE |
|            | For professional services rendered                                                                                                                           | 13.66             | $2,493.05 |
|            | Additional Charges :                                                                                                                                         |                   |           |
| 8/18/2006  | Process Server                                                                                                                                               |                   | 150.00    |
|            | Cost of filing complaint.                                                                                                                                    |                   | 700.00    |
|            | Copies of Complaints and Exhibits.                                                                                                                           |                   | 30.00     |
|            | Total additional charges                                                                                                                                     |                   | $880.00   |
|            | Total amount of this bill                                                                                                                                    |                   | $3,373.05 |
|            | Balance due                                                                                                                                                  |                   | $3,373.05 |

James E. Brown & Associates, PLLC
A Professional Limited Liability Company
1220 L Street, NW Suite 700
Washington, DC  20005

Invoice submitted to:
Arthella Sprow
IDEA PCS

March 13, 2008

|  | Amount |
|---|---:|
| Previous balance | $3,373.05 |
| Balance due | $3,373.05 |