UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARTHELLA R. SPROW and CRYSTAL MILLER,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>IDEA PUBLIC CHARTER SCHOOL,<br><br>　　　　　Defendant. | Civil Action 06-01459 (HHK) |

**ORDER**

It is this 8th day of May 2008, hereby

**ORDERED** that on or before May 22, 2008, the parties shall file a joint case status report, which report shall include a proposed schedule for the briefing of dispositive motions. If the parties cannot agree on a proposed schedule, each shall file a proposed scheduling order.

　　　　　　　　　　　　　　　　　　　　　　　Henry H. Kennedy, Jr.
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge