## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ARTHELLA R. SPROW,** *et alia,* | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | )**Civil Action No. : 1:06 CV01459 (HHK)** |
| | ) |
| **IDEA PUBLIC CHARTER SCHOOL** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

### RULE 16.3 REPORT

COME NOW, Plaintiff Arthella Sprow, parent and next friend of M.D., a minor, by their respective counsel and pursuant to this Court's Order and Local Rule 16, file the Joint 16.3 Report.

The counsel for the parties conferred by telephone on May 20th, 2008 and consistent with the said telephone conference, and in accordance with the Court's Order, the parties respectfully submit the following:

### I.    Statement of the case

Plaintiffs are seeking reimbursement of attorney fees incurred in the connection of litigation at the administrative level.  The Defendant has failed to reimburse the Plaintiffs for reasonable attorney fees.  The Defendant dispute the allegations regarding the request for reimbursement for reasonable attorney fees.

### II.    Matters discussed by the Parties Pursuant to Local Rule 16.3(c)

1.  Based on the information available, the Plaintiffs believe that this case can be decided by dispositive motion.

1

2.    The Plaintiffs do not anticipate the need for joining parties or amending the pleadings.  At this time, the Plaintiffs do not believe that the factual and legal issues can be agreed upon or narrowed.

3.    The Plaintiffs do not believe that this matter should be assigned to a magistrate judge.

4.    The Plaintiffs are amenable to discussing settlement, but does not believe that a settlement is possible at this time.

5.    At this time the Plaintiffs do not believe that ADR will be beneficial in this case.

6.    This case can be decided by dispositive motion and the parties propose the following schedule:

a.    Plaintiffs will file their Motion for Summary Judgment no later than June 20th 2008;

b.    Defendant will file its Cross Motion for Summary Judgment and its Opposition no later than 30 days after the filing of Plaintiffs Motion for Summary Judgment.

c.    Plaintiffs will file its Opposition and Reply no later than 15 days of the filing of the Defendant's Cross Motion for Summary Judgment and Opposition.

d.    Defendant's will file their Reply no later than 15 days from the filing of Plaintiffs' Opposition and Reply.

7.    The parties agree to stipulate to dispense with the initial disclosures required

2

by Rule 26(a)(1) of the Federal Rules of Civil Procedure.

8.      The Plaintiffs do not believe that discovery will be necessary.

9.      The Plaintiffs do not believe that there will be a need for expert witnesses.

10.     The instant case is not a class action.

11.     There is no need to bifurcate discovery or trial.

12.     There is no need for a pretrial conference at this time.

13.     At this point, there is no need to set a trial date.

14.     The Plaintiffs are not aware of any other matters that require inclusion in a

scheduling order.

Dated this 22nd day of May 2008


_____/s/_____                              _____/s/_____
Roxanne D. Neloms [478157]          Squire Padgett [206128]
James E. Brown & Associates, PLLC   Law Offices of Squire Padgett
1220 L Street, N. W., Suite 700     1111 14th St NW Suite 820
Washington, D.C. 20005              Washington, DC 20005
202.742.2000                        202-216-4980
Attorney for Plaintiffs             Attorney for Defendant

_____

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **ARTHELLA R. SPROW,** *et alia,* | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. : 1:06 CV01459 (HHK)** |
| | ) | |
| **IDEA PUBLIC CHARTER SCHOOL** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## SCHEDULING ORDER

_____Upon consideration of the  Rule 16.3 Report, it is this ___ day of May 2008, hereby,

**ORDERED,** that the parties stipulate to dispense with initial disclosures required by rule 26(a)(1); and it is further,

**ORDERED,** that the following schedule will govern this case:

(a).    The Plaintiff will file its Motion for Summary Judgment by June 20th, 2008;

(c).    The Defendants will file their Opposition to Plaintiff's Motion for Summary Judgment and their Cross Motion for Summary Judgment by July 21st, 2008;

(d).    The Plaintiff will file its Opposition to the Defendant Cross Motion for Summary Judgment and  Reply by August 5th, 2008;

(e).    The Defendants will file their Reply by August 15th, 2008 and is hereby further

**ORDERED,** that this matter is set for further status on _____, 2008.


**SO ORDERED.**

4

_____
HON. HENRY H. KENNEDY
UNITED STATES DISTRICT COURT

_____